**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>DISTRICT OF OREGON | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Olsen Agricultural Enterprises LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>fka Olsen Agricultural Company, Inc., Jenks-Olsen Land Co., and Olsen Vineyard Company, LLC | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):  EIN: 36-4701248 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>8930 Suver Rd<br>Monmouth, OR         ZIPCODE 97361 | Street Address of Joint Debtor (No. and Street, City, and State)         ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Polk | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):         ZIPCODE | Mailing Address of Joint Debtor (if different from street address):         ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):         ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check one box)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other  Agricultural

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [x] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**     THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30755-302Y-07510 - Adobe PDF

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Olsen Agricultural Enterprises LLC |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: NONE | Case Number: | Date Filed: |
| Location Where Filed: N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)        Date |

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30755-302Y-07510 - Adobe PDF

| B1 (Official Form 1) (4/10) | | Page 3 |
|---|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | | Name of Debtor(s):<br>Olsen Agricultural Enterprises LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

**X**  /s/ David A. Foraker
Signature of Attorney for Debtor(s)

DAVID A. FORAKER 812280
Printed Name of Attorney for Debtor(s)

Greene & Markley, P.C.
Firm Name

1515 SW Fifth Avenue, Suite 600
Address

Portland, OR  97201

(503) 295-2668
Telephone Number

June 1, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Robin G. Olsen
Signature of Authorized Individual

ROBIN G. OLSEN
Printed Name of Authorized Individual

Operations Director
Title of Authorized Individual

June 1, 2011
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OREGON

In re   Olsen Agricultural Enterprises LLC         ,
                        Debtor

Case No.   11-_____

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Oregon Vineyard Supply Co<br>2700 St Joseph Rd<br>McMinnville, OR 97128 | Kim Bible<br>2700 St Joseph Rd<br>McMinnville, OR 97128<br>(503) 435-2700 | Trade debt | | 681,720<br>Collateral FMV<br>770 |
| IRS<br>POB 7346<br>Philadelphia, PA 19101-7346 | Susan Anderson<br>211 E 7th Ave Ste 301<br>Eugene, OR 97204<br>(541) 342-8716 | Withholding tax | | 437,050 |
| ORCO Inc<br>12680 SW Pacific Hwy<br>Monmouth, OR 97361 | Howard Pope<br>12680 SW Pacific Hwy<br>Monmouth, OR 97361<br>(503) 838-2991 | Loan; rent | | 215,374 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30755-302Y-07510 - Adobe PDF

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Jeld-Wen Tradition Foundation<br>3250 Lakeport Blvd<br>Klamath Falls, OR 97601 | David Stork<br>3250 Lakeport Blvd<br>Klamath Falls, OR 97601<br>(541) 850-2618 | Pledge | | 198,324 |
| Davis Wright Tremaine<br>1300 SW 5th Ave Ste 2300<br>Portland, OR 97201 | Julie Springer<br>1300 SW 5th Ave<br>Suite 2300<br>Portland, OR 97201<br>(503) 778-5462 | Prof. services | | 133,285 |
| Peter Jacobsen's Legends of OR<br>2727 Leo Harris Pkwy<br>Eugene, OR 97401 | Justin Fisher<br>2727 Leo Harris Pkwy<br>Eugene, OR 97401<br>(503) 526-9331 | Pledge | | 117,000 |
| HSR Architecture LLC<br>838 NW Bond St Ste 2<br>Bend, OR 97701 | Linda Collins<br>838 NW Bond St<br>Suite 2<br>Bend, OR 97701<br>(541) 389-3904 | Prof. services | | 83,761 |
| Eola Hills Wine Cellars<br>501 S Pacific Hwy<br>Rickreall, OR 97371 | Eric Rogers<br>501 S Pacific Hwy<br>Rickreall, OR 97371<br>(503) 623-2405 | Trade debt | Setoff | 80,058 |
| Dennis Combs AG Consultants Inc<br>POB 1051<br>Lake Oswego, OR 97034 | Dennis Combs<br>POB 1051<br>Lake Oswego, OR 97034<br>(503) 363-2600 | Trade debt | | 71,792 |
| Silver Dome Farms<br>7091 Springhill Dr<br>Albany, OR 97321 | Travis Hill<br>7091 Springhill Dr<br>Albany, OR 97321<br>(541) 928-8754 | Rent | | 60,194 |
| Coleman, John<br>255 SW Madison Ave<br>Corvallis, OR 97333 | John Coleman<br>255 SW Madison Ave<br>Corvallis, OR 97333<br>(541) 753-3721 | Rent | | 59,581 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30755-302Y-07510 - Adobe PDF

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Underwood Farms<br>8756 Springhill Dr<br>Albany, OR  97321 | Dean Underwood<br>8756 Springhill Dr<br>Albany, OR 97321<br>(541) 936-0158 | Rent | | 59,475 |
| Employment Department<br>875 Union St NE<br>Salem, OR  97311 | Carolyn G. Wade<br>Dept. of Justice<br>1162 Court St NE<br>Salem, OR 97301<br>(541) 686-7846 | Withholding taxes | | 50,708 |
| NW Natural Gas<br>POB 6017<br>Portland, OR  97228 | Jeffrey O'Banion<br>220 NW 2nd<br>Portland, OR 97208<br><br>(503) 226-4211 ext 2380 | Utility services | | 50,014 |
| ODR Bkcy<br>955 Center NE #353<br>Salem, OR<br>97301-2555 | Carolyn G. Wade<br>Dept. of Justice<br>1162 Court St NE<br>Salem, OR  97301<br>(541) 686-7846 | Unemployment taxes | | 46,359 |
| Collotype Labels<br>c/o Greg Pfister Esq<br>720 SW Washington St Ste 750<br>Portland, OR  97205 | Greg Pfister, Esq.<br>720 SW Washington St<br>Suite 750<br>Portland, OR 97205<br>(503) 221-1544 | Trade debt | | 39,059 |
| Credit Collections Services Inc<br>POB 755<br>Yankton, SD  57078 | Jane Anderson<br>POB 755<br>Yankton, SD  57078<br>(605) 665-7862 | Trade debt | | 38,265 |
| Brenner & Company<br>POB 907<br>Salem, OR  97308 | Tony Blair<br>POB 907<br>Salem, OR 97308<br>(503) 585-8414 | Prof. services | | 36,786 |
| Fetherston Edmonds LLP<br>POB 2206<br>Salem, OR  97308 | Ben C. Featherston Jr.<br>POB 2206<br>Salem, OR 97308<br>(503) 581-1542 | Prof. services | | 36,054 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30755-302Y-07510 - Adobe PDF

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Sunridge Nurseries Inc 441 Vineland Rd Bakersfield, CA 93307 | Tom Bracken 441 Vineland Rd Bakersfield, CA  93307 (661) 363-8463 | Trade debt | | 32,734 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date    June 1, 2011

Signature    /s/ Robin G. Olsen

            ROBIN G. OLSEN,
            Operations Director

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30755-302Y-07510 - Adobe PDF

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **List of Creditors Holding 20 Largest Unsecured Claims**, with self-adhesive mailing labels addressed to the debtor, debtor's attorney, and each of the contact people listed thereon, to:

U.S. Trustee
405 E. 8th Avenue #1100
Eugene, OR 97401

by mailing a full, true and correct copy thereof in a sealed, first-class, postage prepaid envelope, addressed to the U.S. Trustee as shown above, and deposited with the United States mail at Portland, Oregon on the date set forth below.

Dated: June 1, 2011.

/s/ David A Foraker
David A. Foraker, OSB #812280
Attorney for Debtor

\7095\P COS 20 Largest Unsecured Creditors.wpd

Page 1 of 1 - CERTIFICATE OF SERVICE

**GREENE & MARKLEY, P.C.**
1515 S.W. Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 295-2668
Facsimile: (503) 224-8434