UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                        ) Case No. _____
)
) NOTICE OF **PRELIMINARY**
) HEARING ON MOTION
)     FOR USE OF CASH COLLATERAL
)     TO OBTAIN CREDIT
Debtor(s)                       ) *(Check One)*

YOU ARE NOTIFIED THAT:

1.    The undersigned moving party, _____, filed a Motion ☐ For Use of Cash Collateral ☐ To Obtain Credit *(check one)*. A copy of the motion is attached; and it includes BOTH (i) the statement required by Local Form #541.7, and (ii) the following allegations:

    a.    The immediate and irreparable harm that will come to the estate pending a final hearing is _____.

    b.    The amount of ☐ cash collateral ☐ credit *(check one)* necessary to avoid the harm detailed above prior to the final hearing is _____.

2.    The name and service address of the moving party's attorney (or moving party, if no attorney) are: _____.

3.    A **PRELIMINARY** HEARING on the motion WILL BE HELD ON _____ AT _____ IN _____.
Testimony will be received if offered and admissible.

4.    If you WISH TO OBJECT to the motion, YOU MUST DO ONE OR BOTH OF THE FOLLOWING: (1) ATTEND the preliminary hearing; AND/OR (2) FILE with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", mail to 1001 SW 5th Ave. #700, Portland OR 97204; OR if it begins with "6" or "7", mail to 405 E 8th Ave #2600, Eugene OR 97401), BOTH: (a) a written response, which states the facts upon which you will rely, AND (b) a certificate showing a COPY of the response was given DIRECTLY TO the Judge, and served on the U.S. Trustee and the party named in pt. 2 above. See Local Form #541.51 for details.

5.    On _____ copies of BOTH this notice AND the motion were served pursuant to FRBP 7004 on the debtor(s); any debtor's attorney; any trustee; any trustee's attorney; members of any committee elected pursuant to 11 U.S.C. §705; any Creditors' Committee Chairperson [or, if none serving, on all creditors listed on the list filed pursuant to FRBP 1007(d)]; any Creditors' Committee attorney; the U.S. Trustee; and all affected lien holders whose names and addresses used for service are as follows:

_____
Signature
_____
(If debtor is movant) Debtor's Address & Taxpayer ID#(s) (last 4 digits)

541.1 (2/13/09)    **\*\*LOCAL FORM #541.51 ATTACHED IF this NOTICE served on PAPER\*\***

David A. Foraker, OSB #812280
Greene & Markley, P.C.
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 295-2668
Facsimile:   (503) 224-8434
E-mail: david.foraker@greenemarkley.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Olsen Agricultural Enterprises LLC,<br>an Oregon limited liability company,<br><br>           Debtor. | Case No. 11-62723<br><br>Chapter 11<br><br>DEBTOR'S MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL ON INTERIM AND FINAL BASIS<br><br>EXPEDITED HEARING REQUESTED |

Olsen Agricultural Enterprises LLC (the "Debtor"), as debtor in possession, hereby moves this Court for entry of interim and final orders authorizing it to use cash collateral for the purposes and on the terms set forth herein.

<u>Concise Statement Pursuant to Bankruptcy Rule 4001(b)(1)(B)</u>

The Debtor seeks authorization to use cash collateral for working capital and other general corporate purposes until a plan is confirmed and becomes effective. The Debtor further requests that the Court conduct a preliminary hearing on this motion and authorize it to use up to $450,000 of cash collateral on an interim basis to fund expenditures in accordance with the cash collateral budget attached hereto as <u>Exhibit A</u> (the "Interim Budget") so as to insure that it is able to continue business as usual, and thereby avoid immediate and irreparable harm to the

**Page 1 of 6 -**    DEBTOR'S MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL ON INTERIM AND
                  FINAL BASIS                              \G:\Clients\7095\P Motion to Use Cash Collateral.wpd

**GREENE & MARKLEY, P.C.**
**1515 S.W. Fifth Avenue, Suite 600**
**Portland, OR 97201**
**Telephone: (503) 295-2668**
**Facsimile: (503) 224-8434**

1  estate, pending a final hearing on this motion.

2        The creditors whose interests may be affected by the Debtor's use of cash collateral are:

3  (a) Rabo Agrifinance, Inc. ("Rabo"); (b) BFS International, LLC ("BFS"); (c) United States of

4  America, acting by and through the Internal Revenue Service (the "IRS"); (d) Ledeboer Seed,

5  LLC ("Ledeboer"); and (e) Callisons, Inc. d/b/a I.P. Callisons and Sons ("Callisons").  The

6  adequate protection being offered to these creditors for the Debtor's use of cash collateral is (i)

7  replacement liens on the Debtor's postpetition personal property (each a "Replacement Lien"

8  and collectively the "Replacement Liens"), in each case limited to the same kinds or categories

9  of property that such creditor had a lien on or security interest in as of the Petition Date (as

10 defined below), with the Replacement Liens to have the same relative priorities vis-a-vis each

11 other as the prepetition liens and security interests have to each other, and (ii) to the extent a

12 Replacement Lien proves to be inadequate to protect against any diminution in the value of a

13 creditor's interest in the Debtor's prepetition property resulting from the Debtor's postpetition

14 use of cash collateral, such creditor will be entitled to an allowed administrative expense claim

15 under section 503(b) of the Bankruptcy Code that will have superpriority as provided in section

16 507(b) of the Bankruptcy Code and will be secured by an additional perfected lien on all

17 property of the estate (real and personal, tangible and intangible), whenever acquired or arising,

18 other than claims and causes of action of the estate arising under Chapter 5 of the Bankruptcy

19 Code, subject only to (A) any and all validly perfected security interests and liens extant as of

20 the Petition Date, (B) the Replacement Liens, and (C) any liens on property of the estate

21 hereafter granted under section 364(d) of the Bankruptcy Code to a DIP lender.

22       In support of this motion, the Debtor represents:

23 <u>Background</u>

24     1.    On June 1, 2011 (the "Petition Date"), the Debtor filed herein a voluntary petition

25 under Chapter 11 of the Bankruptcy Code.  The Debtor is continuing in the management and

26 possession of its business and properties as debtor in possession under sections 1107 and 1108 of

**Page 2 of 6 -**    DEBTOR'S MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL ON INTERIM AND
                FINAL BASIS       \G:\Clients\7095\P Motion to Use Cash Collateral.wpd

**GREENE & MARKLEY, P.C.**
**1515 S.W. Fifth Avenue, Suite 600**
**Portland, OR 97201**
**Telephone: (503) 295-2668**
**Facsimile: (503) 224-8434**

the Bankruptcy Code.  As of the date hereof, no trustee or examiner has been requested or appointed in this case, and the United States trustee has not appointed an official committee of creditors.

2. The Debtor operates an agricultural enterprise on approximately 7,762 acres of owned and leased land located in Benton, Linn and Polk Counties.  Its business is comprised principally of three divisions:  (a) Olsen Seed Company, which produces and sells a variety of grass seed and grains on approximately 5,934 acres; (b) Olsen Agriculture, which grows and sells peppermint, nursery stock, squash, hazelnuts and blueberries on approximately 1,334 acres; and (c) Olsen Family Vineyards, which grows a variety of grapes on approximately 494 acres and produces and sells quality wines under the "Viridian" label as well as private labels.  As of the date hereof, the Debtor has 45 employees, including management personnel.

3. The Debtor is the surviving entity of a merger transaction that was consummated on June 1, 2011.  In the merger transaction, Olsen Agricultural Company, Inc., an Oregon corporation ("OAC"), Jenks-Olsen Land Co., an Oregon general partnership ("JOLC"), Olsen Vineyard Company, LLC, an Oregon limited liability company ("OVC"), and The Olsen Farms Family Limited Partnership ("OFFLP") were merged with and into the Debtor.  OAC, JOLC, OVC and OFFLP were co-borrowers under the term loan made by AXA Equitable Life Insurance Company, and OAC, JOLC and OVC were co-borrowers under the line of credit loans made by Rabo Agrifinance, Inc.  In connection with the merger transaction, other related parties that pledged real estate collateral to support the line of credit loans agreed to contribute such property to the Debtor in exchange for the right to receive ownership interests in the Debtor.

4. For the fiscal year ended December 31, 2010, OAC reported total revenues of $6,428,880 and a net loss of ($5,791,310).  At the time of the merger, on a consolidated basis, the books and records of OAC, JOLC and OVC reflected assets totaling approximately $29.8 million and liabilities totaling approximately $37.2 million.  The fair market value of the Debtor's assets is significantly greater than their book values, particularly in the case of fixed

**Page 3 of 6 -**    DEBTOR'S MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL ON INTERIM AND FINAL BASIS                                                                         \G:\Clients\7095\P Motion to Use Cash Collateral.wpd

**GREENE & MARKLEY, P.C.**
1515 S.W. Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 295-2668
Facsimile: (503) 224-8434

1 assets. The fair market value of the Debtor's assets, on a going concern basis, is approximately

2 $50 million.

3       5.     The following creditors have or may claim to have an interest in the Debtor's

4 existing cash collateral (as defined in section 363(a) of the Bankruptcy Code) and/or in the

5 Debtor's accounts, payment intangibles, farm products or inventory that will be collected or sold

6 by the Debtor postpetition in the ordinary course of business:

7       (a)     Rabo, which has a blanket security interest in and trust deed liens on

8 essentially all of the Debtor's assets, pursuant to a security agreement dated February 19, 2008,

9 and later dated deeds of trust, to secure a line of credit loan in the approximate amount of

10 $15,580,000;

11       (b)     BFS, which has a security interest in the Debtor's accounts and payment

12 intangibles, pursuant to an assignment and security agreement dated January 19, 2009, to secure

13 a claim of $21,134.58 or less;

14       (c)     The IRS, which has a statutory lien on all of the Debtor's personal

15 property, pursuant to federal tax lien notices filed with the Oregon Secretary of State on January

16 8, 2010 and on January 14, 2011, to secure 941 tax claims in the total approximate amount of

17 $122,000;

18       (d)     Ledeboer, which has a security interest in certain of the Debtor's grass

19 seed and in all accounts and general intangibles that arose out of a sale or other disposition of

20 such grass seed, pursuant to a security agreement dated January 4, 2011, to secure a claim of

21 $20,000; and

22       (e)     Callisons, which has (i) a security interest in the Debtor's 2011

23 peppermint crops, pursuant to a crop production loan and security agreement dated February __,

24 2011, to secure a claim of $425,432, and (ii) a statutory agricultural services lien on the Debtor's

25 2011 peppermint crops, pursuant to an ASL-1 lien notice filed with the Oregon Secretary of

26 State on May 19, 2011, to secure a claim of $308,559.43 (which is included in the claim

**Page 4 of 6 -**    DEBTOR'S MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL ON INTERIM AND
                FINAL BASIS                                                   \G:\Clients\7095\P Motion to Use Cash Collateral.wpd

described in clause (i) above).

## Jurisdiction

6.    This Court has jurisdiction over this matter pursuant to 28 USC §§ 157 and 1334 and LR 2100.1. Consideration of this motion constitutes a core proceeding within the meaning of 28 USC § 157(b)(2)(M). The statutory predicates for the relief sought by this motion are sections 105, 361 and 363 of the Bankruptcy Code. Venue is proper under 28 USC § 1408.

## Relief Requested

7.    By this motion, the Debtor seeks entry of (i) an interim order authorizing it to use up to $450,000 of cash collateral on an interim basis to fund expenditures in accordance with the Interim Budget pending a final hearing on this motion, approving the adequate protection offered in the Concise Statement above, and scheduling a final hearing on this motion and directing the manner in which notice thereof must be given to parties in interest, and (iii) a final order authorizing it to use cash collateral for working capital and other general corporate purposes, without any budgetary restrictions and subject only to the maintenance of the adequate protection offered herein, until a plan is confirmed and becomes effective or until the Court enters an order conditioning or terminating the Debtor's authorization.

## Points and Authorities

8.    The Debtor needs the immediate ability to use cash collateral for, among other things, continuing the operation of its business in an orderly manner, making deposits with utility service providers, paying payroll and other postpetition operating expenses, and satisfying other working capital and operational needs. Absent authority to use cash collateral, the Debtor will have to curtail or terminate its business operations to the detriment of all parties in interest.

9.    The Debtor requires the immediate authority to use up to $450,000 of cash collateral on an interim basis to insure that it is able to continue business as usual, and thereby avoid immediate and irreparable harm to the estate, pending a final hearing on this motion.

10.    Under section 363(c)(2) of the Bankruptcy Code, the bankruptcy court may

Page 5 of 6 -    DEBTOR'S MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL ON INTERIM AND FINAL BASIS    \G:\Clients\7095\P Motion to Use Cash Collateral.wpd

**GREENE & MARKLEY, P.C.**
1515 S.W. Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 295-2668
Facsimile: (503) 224-8434

1 authorize a debtor in possession to use cash collateral as long as the secured creditors affected
2 consent to such use or their interests are adequately protected. *See, e.g., In re Mellor,* 734 F2d
3 1396, 1400 (9th Cir 1984).

4     11.     The Debtor's use of cash collateral will not harm the interests of the creditors
5 whose interests might be affected by such use if such creditors are granted the liens and provided
6 the other forms of adequate protection offered by the Debtor herein.

7 <u>Disclosure Pursuant to Local Court's Guidelines</u>

8     12.     The adequate protection offered by the Debtor in this motion does not violate any
9 of the Guidelines Regarding Motions to Use Cash Collateral set forth in LBF 541.7.

10 <u>Notice</u>

11     13.     Notice of this motion has been given to, among other parties, (i) Rabo and its
12 attorneys, (ii) BFS, (iii) the IRS, through the United States Attorney for the District of Oregon,
13 the Attorney General of the United States at Washington, D.C. and the IRS Special Procedures
14 Unit, (iv) OVS, (v) Ledeboer, (vi) the United States trustee, and (vii) the creditors holding the 20
15 largest unsecured claims. Further notice is impractical in the circumstances. The Debtor
16 submits that the foregoing constitutes good and sufficient notice and that no other or further
17 notice need be given in the circumstances.

18     WHEREFORE, the Debtor requests entry of an order granting the relief requested herein
19 and such other and further relief as is appropriate.

20     Dated: June 1, 2011.

21                                               Greene & Markley, P.C.

22

23                                            By    /s/ David A. Foraker
                                                     David A. Foraker, OSB #812280
24                                                      Attorneys for Debtor

25

26

**Page 6 of 6 -**    DEBTOR'S MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL ON INTERIM AND
                   FINAL BASIS                                                       \G:\Clients\7095\P Motion to Use Cash Collateral.wpd

**GREENE & MARKLEY, P.C.**
1515 S.W. Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 295-2668
Facsimile: (503) 224-8434

Weekly Budget for Olsen Agriculture LLC

| | | Week beginning | 1<br>30-May-11 | 2<br>6-Jun-11 | 3<br>13-Jun-11 | 4<br>20-Jun-11 | 5<br>27-Jun-11 | 6<br>4-Jul-11 | 7<br>11-Jul-11 | 8<br>18-Jul-11 | 9<br>25-Jul-11 | 10<br>1-Aug-11 | 11<br>8-Aug-11 | 12<br>15-Aug-11 | 13<br>22-Aug-11 | 14<br>29-Aug-11 | 15<br>5-Sep-11 | 16<br>12-Sep-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Receipts: | | | | | | | | | | | | | | | | | | |
| 200 | Seed | | 114,000 | | | | | | | | | | | | | | | |
| 400 | Mint (net) | | | 48,000 | 48,000 | 48,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 68,000 | 68,000 | 68,000 | 68,000 | 68,000 | 68,000 | 68,000 |
| 500 | Row Crops | | | | | | | | | | | | | | 60,000 | 100,000 | 100,000 | 100,000 |
| 600 | Fruit (Blueberry) | | | | | | | | | | | | | | | | | |
| 700 | Nut | | | | | | | | | | | 11,000 | 11,000 | 11,000 | 11,000 | 6,000 | 6,000 | 6,000 |
| 900 | Wine & Grapes | | 16,000 | 16,000 | 16,000 | 16,000 | 31,000 | 16,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 9,000 |
| | Rent | | | | 3,000 | | | | 3,000 | | | | | 3,000 | | | | 3,000 |
| | Total Receipts | | 130,000 | 64,000 | 67,000 | 64,000 | 71,000 | 56,000 | 55,000 | 52,000 | 52,000 | 91,000 | 94,000 | 91,000 | 151,000 | 186,000 | 186,000 | 186,000 |
| Disbursements | | | | | | | | | | | | | | | | | | |
| | Brokerage Fees | | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 720 | 1,020 | 1,020 | 1,020 | 1,020 | 1,020 | 1,020 | 1,020 |
| | Rent (land Leases) | | | 50,000 | 50,000 | | | | | | | | | | | | | |
| | Chemicals & Fertilizer | | 6,400 | 6,400 | 6,400 | 6,400 | 18,000 | 18,000 | 18,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,500 | 20,500 | 20,500 | 20,500 |
| | Fuel, Oil & Nat. Gas | | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 11,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 |
| | Misc Production costs | | | | | | | | | 18,000 | 20,500 | | | | | | | |
| | Property Taxes - Current | | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 3,000 | 3,000 |
| | Utilities | | | 25,000 | 25,000 | | | | | | | | | | | | | |
| | Repairs & Maintenance | | 330 | 330 | 330 | 330 | 330 | 330 | 330 | 330 | 330 | 330 | 330 | 330 | 330 | 330 | 330 | 330 |
| | Misc. Maint. Supplies | | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| | Shipping & Handling | | 1,000 | 2,200 | 7,000 | | 1,000 | | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| | Wine Processing and Bottling | | 15,250 | | 75,250 | | 85,250 | | 123,250 | | 131,000 | | 110,000 | | 110,000 | | | |
| | Payroll | | 1,678 | | 8,278 | | 9,378 | | 13,558 | | 14,410 | | 12,100 | | 12,100 | | | |
| | Payroll tax ER portion | | 788 | 788 | 788 | 788 | 788 | 788 | 788 | 788 | 788 | 788 | 788 | 788 | 788 | 788 | 788 | 788 |
| | Sales & Marketing Expense | | | 2,896 | | | | 2,896 | | | | 2,896 | | | | | 2,896 | |
| | Admin Expenses | | | | | 9,910 | | | | | 9,910 | | | | 9,910 | | | |
| | Insurance | | | 2,730 | 5,000 | 7,000 | 7,200 | 2,730 | 5,000 | 7,000 | 7,200 | | 2,730 | | 7,000 | 7,200 | 2,730 | |
| | Equipment Leases | | 1,560 | 4,805 | 9,190 | 1,509 | 6,385 | 1,525 | 8,834 | 3,093 | 10,994 | 3,578 | 9,175 | 2,933 | 8,884 | 2,293 | 6,327 | 1,883 |
| | Contingency | | | | | | | | | | | | | | | | | |
| | Total Disbursements | | 32,756 | 100,898 | 192,986 | 31,687 | 134,081 | 32,018 | 185,510 | 64,962 | 230,883 | 75,142 | 192,673 | 61,602 | 186,562 | 48,162 | 132,871 | 39,552 |
| Cash Flow from Operations | | | 97,244 | (36,898) | (125,986) | 32,313 | (63,081) | 23,982 | (130,510) | (12,962) | (178,883) | 15,858 | (98,673) | 29,398 | (35,562) | 137,838 | 53,129 | 146,448 |
| Accumulated Cash Flow | | | 97,244 | 60,346 | (65,640) | (33,327) | (96,407) | (72,426) | (202,935) | (215,897) | (394,780) | (378,922) | (477,595) | (448,197) | (483,759) | (345,920) | (292,791) | (146,343) |
| Lowest Accum Cash Value | (483,759) | 22-Aug-11 | | | | | | | | | | | | | | | | |

Disclaimer: This presentation estimates performance of the Company based on historical data, estimates, and assumptions. It cannot be relied upon to reflect actual results.

CONFIDENTIAL
Page 1 of 4
5/27/2011 5:59 PM

EXHIBIT "A"
PAGE 1 OF 4

Weekly Budget for Olsen Agriculture LLC

| | Week beginning | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 30-May-11 | 6-Jun-11 | 13-Jun-11 | 20-Jun-11 | 27-Jun-11 | 4-Jul-11 | 11-Jul-11 | 18-Jul-11 | 25-Jul-11 | 1-Aug-11 | 8-Aug-11 | 15-Aug-11 | 22-Aug-11 | 29-Aug-11 | 5-Sep-11 | 12-Sep-11 |
| **Non Operating Items** | | | | | | | | | | | | | | | | | |
| **Receipts** | | | | | | | | | | | | | | | | | |
| DIP Financing | | - | - | 700,000 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Equipment Sales | | - | - | - | - | - | - | - | 2,300,000 | - | - | - | - | - | - | - | - |
| Land Sales | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Receipts | | - | - | 700,000 | - | - | - | - | 2,300,000 | - | - | - | - | - | - | - | - |
| **Disbursements** | | | | | | | | | | | | | | | | | |
| Rabo Note | 6.5% | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rabo Line of Credit | 8.0% | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP Loan Fees | | - | - | 120,000 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP Loan Expense | | 30,000 | - | 30,000 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP Loan Interest Expense | 12% | - | - | - | - | - | - | 7,000 | - | - | - | 30,000 | - | - | - | - | 30,000 |
| IRS Secured Claim | | - | - | - | - | - | - | - | 125,000 | - | - | - | - | - | - | - | - |
| Land Lease Cure Payments | | - | - | - | 10,000 | - | - | - | - | - | - | - | - | - | - | - | - |
| Utility Deposits | | 15,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Professional Fees | | | | | | | | | | | | | | | | | |
| Appraisals | | - | - | - | 50,000 | - | 15,000 | - | - | - | - | - | - | - | - | - | - |
| Hamstreet | | - | - | - | - | - | - | - | 160,000 | - | - | - | - | - | 120,000 | - | - |
| Greene & Markley | | - | - | - | - | - | - | - | 125,000 | - | - | - | - | - | 125,000 | - | - |
| Tax Accountants | | - | - | - | - | - | - | - | - | - | - | - | - | - | 25,000 | - | - |
| Committee Counsel | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| UST Fees | | - | - | - | - | - | - | - | - | 4,875 | - | - | - | - | - | - | - |
| Total Disbursements | | 45,000 | - | 150,000 | 60,000 | - | 15,000 | 7,000 | 410,000 | 4,875 | - | 30,000 | - | - | 270,000 | - | 30,000 |
| Total Non Operating Cash Flow | | (45,000) | - | 550,000 | (60,000) | - | (15,000) | (7,000) | 1,890,000 | (4,875) | - | (30,000) | - | - | (270,000) | - | (30,000) |
| Accumulated Cash Flow | (45,000) | (45,000) | (45,000) | 505,000 | 445,000 | 445,000 | 430,000 | 423,000 | 2,313,000 | 2,308,125 | 2,308,125 | 2,278,125 | 2,278,125 | 2,278,125 | 2,008,125 | 2,008,125 | 1,978,125 |
| Lowest Accum Cash Value | 30-May-11 | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| Beginning Cash Balance | | 43,442 | 95,686 | 58,788 | 482,802 | 455,115 | 392,035 | 401,016 | 263,507 | 2,140,545 | 1,956,787 | 1,972,645 | 1,843,972 | 1,873,370 | 1,837,808 | 1,705,647 | 1,758,776 |
| Cash Flow - Operations | | 97,244 | (36,898) | (125,986) | 32,313 | (63,081) | 23,982 | (130,510) | (12,962) | (178,883) | 15,858 | (98,673) | 29,398 | (35,562) | 137,838 | 53,129 | 146,448 |
| Cash Flow - Non Operating | | (45,000) | - | 550,000 | (60,000) | - | (15,000) | (7,000) | 1,890,000 | (4,875) | - | (30,000) | - | - | (270,000) | - | (30,000) |
| Ending Cash Balance | | 95,686 | 58,788 | 482,802 | 455,115 | 392,035 | 401,016 | 263,507 | 2,140,545 | 1,956,787 | 1,972,645 | 1,843,972 | 1,873,370 | 1,837,808 | 1,705,647 | 1,758,776 | 1,875,224 |
| Lowest Accum Cash Value | 6-Jun-11 | 58,788 | | | | | | | | | | | | | | | |

Disclaimer: This presentation estimates performance of the Company based on historical data, estimates, and assumptions. It cannot be relied upon to reflect actual results.

CONFIDENTIAL
Page 2 of 4
5/27/2011 5:59 PM

EXHIBIT "A"
PAGE 2 OF 4

CONFIDENTIAL
Page 3 of 4
5/27/2011 5:59 PM

Weekly Budget for Olsen Agriculture LLC

| | | Week beginning | 17 19-Sep-11 | 18 26-Sep-11 | 19 3-Oct-11 | 20 10-Oct-11 | 21 17-Oct-11 | 22 24-Oct-11 | 23 31-Oct-11 | 24 7-Nov-11 | 25 14-Nov-11 | 26 21-Nov-11 | 27 28-Nov-11 | 28 5-Dec-11 | 29 12-Dec-11 | 30 19-Dec-11 | 31 26-Dec-11 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Receipts: | | | | | | | | | | | | | | | | | | |
| 200 | Seed | | | | | | | | | | | | | | | | | |
| 400 | Mint (net) | | 68,000 | 68,000 | 68,000 | 68,000 | 68,000 | 68,000 | 68,000 | 68,000 | 68,000 | 68,000 | 68,000 | 20,000 | 20,000 | 20,000 | 20,000 | 1,762,000 |
| 500 | Row Crops | | | | | 1,000,000 | | | | | | | | | | | | 1,360,000 |
| 600 | Fruit (Blueberry) | | | | | | | | | | | | | | | | | 102,000 |
| 700 | Nut | | 6,000 | 2,000 | 2,000 | 2,000 | 1,000 | 1,000 | 1,000 | | | | | | | | | 77,000 |
| 900 | Wine & Grapes | | 9,000 | 5,000 | 35,000 | 35,000 | 80,000 | 80,000 | 79,000 | 79,000 | 75,000 | 75,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 40,000 |
| | Rent | | | | | 3,000 | | | | 3,000 | | | | | 3,000 | | | 930,000 |
| | | | | | | | | | | | | | | | | | | 21,000 |
| | Total Receipts | | 83,000 | 75,000 | 105,000 | 1,108,000 | 149,000 | 149,000 | 148,000 | 150,000 | 143,000 | 143,000 | 98,000 | 50,000 | 87,000 | 104,000 | 104,000 | 4,292,000 |
| | | | | | | | | | | | | | | | | | | |
| Disbursements | | | | | | | | | | | | | | | | | | |
| | Brokerage Fees | | 1,020 | 1,020 | 1,020 | 1,020 | 1,020 | 1,020 | 1,020 | 1,020 | 1,020 | 1,020 | 1,020 | | | | | 26,040 |
| | Rent (Land Leases) | | | | | | | | | 450,000 | | | | | | | | 450,000 |
| | Chemicals & Fertilizer | | | | | | | | | | | | | | | | | 200,000 |
| | Fuel, Oil & Nat. Gas | | 20,500 | 20,500 | 20,500 | 20,500 | 20,500 | 20,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 4,000 | 4,000 | 4,000 | 435,600 |
| | Misc Production costs | | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 41,924 |
| | Property Taxes - Current | | | | | | | | | 24,000 | | | | | | | | 24,000 |
| | Utilities | | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 83,000 |
| | Repairs & Maintenance | | | | | | | | | | | | | | | | | 50,000 |
| | Misc. Maint. Supplies | | 330 | 330 | 330 | 330 | 330 | 330 | 330 | 330 | 330 | 330 | 330 | 330 | 330 | 330 | 330 | 10,230 |
| | Shipping & Handling | | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 31,000 |
| | Wine Processing and Bottling | | | | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | | | | | | | | 261,200 |
| | Payroll | | 75,000 | | 70,000 | | 100,000 | | 100,000 | | 60,000 | | 60,000 | | 55,000 | | 55,000 | 1,300,000 |
| | Payroll tax ER portion | | 8,250 | | 7,700 | | 11,000 | | 11,000 | | 6,600 | | 6,600 | | 6,050 | | 6,050 | 143,000 |
| | Sales & Marketing Expense | | 788 | 788 | 788 | 788 | 788 | 788 | 788 | 788 | 788 | 788 | 788 | 788 | 788 | 788 | 788 | 24,442 |
| | Admin Expenses | | | | 2,896 | | | | | 2,896 | | | 2,896 | | | | | 20,269 |
| | Insurance | | 9,910 | | | | | 9,910 | | | | 9,910 | | | | | 9,910 | 69,370 |
| | Equipment Leases | | 7,000 | 7,200 | 2,730 | | 7,000 | 7,200 | | 2,730 | | | 7,200 | 2,730 | | | 7,200 | 114,510 |
| | Contingency | | 6,391 | 1,743 | 6,800 | 2,633 | 8,533 | 3,414 | 7,408 | 25,840 | 3,938 | 1,104 | 4,298 | 854 | 3,500 | 447 | 4,355 | 164,229 |
| | Total Disbursements | | 134,220 | 36,612 | 142,793 | 55,302 | 179,202 | 71,692 | 155,577 | 542,633 | 82,707 | 23,182 | 90,267 | 17,927 | 73,498 | 9,396 | 91,464 | 3,448,814 |
| | | | | | | | | | | | | | | | | | | |
| Cash Flow from Operations | | | (51,220) | 38,388 | (37,793) | 1,052,698 | (30,202) | 77,308 | (7,577) | (392,633) | 60,293 | 119,818 | 7,733 | 32,073 | 13,502 | 94,604 | 12,536 | 843,186 |
| Accumulated Cash Flow | | | (197,563) | (159,174) | (196,968) | 855,730 | 825,529 | 902,837 | 895,260 | 502,626 | 562,920 | 682,738 | 690,471 | 722,543 | 736,045 | 830,650 | 843,186 | |
| Lowest Accum Cash Value | (483,759) | 22-Aug-11 | | | | | | | | | | | | | | | | 843,186 |

Disclaimer: This presentation estimates performance of the Company based on historical data, estimates, and assumptions. It cannot be relied upon to reflect actual results.

EXHIBIT "A"
PAGE 3 OF 4

Weekly Budget for Olsen Agriculture LLC

| | Week beginning | 17<br>19-Sep-11 | 18<br>26-Sep-11 | 19<br>3-Oct-11 | 20<br>10-Oct-11 | 21<br>17-Oct-11 | 22<br>24-Oct-11 | 23<br>31-Oct-11 | 24<br>7-Nov-11 | 25<br>14-Nov-11 | 26<br>21-Nov-11 | 27<br>28-Nov-11 | 28<br>5-Dec-11 | 29<br>12-Dec-11 | 30<br>19-Dec-11 | 31<br>26-Dec-11 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Non Operating Items** | | | | | | | | | | | | | | | | | |
| **Receipts** | | | | | | | | | | | | | | | | | |
| DIP Financing | | | | | | | | | | | | | | | | | 3,000,000 |
| Equipment Sales | | | | | | | | | | | | | | | | | - |
| Land Sales | | | | | | | | 1,000,000 | | | | | | | | | 1,000,000 |
| **Total Receipts** | | - | - | - | - | - | - | 1,000,000 | - | - | - | - | - | - | - | - | 4,000,000 |
| **Disbursements** | | | | | | | | | | | | | | | | | |
| Rabo Note | 6.5% | | | | | | | 84,281 | | | | 84,281 | | | | 84,281 | 252,842 |
| Rabo Line of Credit | 8.0% | | | | | | | 94,927 | | | | 94,927 | | | | 94,927 | 284,780 |
| DIP Loan Fees | | | | | | | | | | | | | | | | | 120,000 |
| DIP Loan Expense | | | | | | | | | | | | | | | | | 60,000 |
| DIP Loan Interest Expense | 12% | | | 30,000 | | | | | 30,000 | | | | | 30,000 | | | 157,000 |
| IRS Secured Claim | | | | | | | | | | | | | | | | | 125,000 |
| Land Lease Cure Payments | | | | | | | | | | | | | 300,000 | | | | 300,000 |
| Utility Deposits | | | | | | | | | | | | | | | | | 25,000 |
| Professional Fees | | | | | | | | | | | | | | | | | |
| Appraisals | | | | | | | | | | | | | | | | | - |
| Hamstreet | | | | 100,000 | | | | | 100,000 | | | | | | | | 65,000 |
| Greene & Markley | | | | 125,000 | | | | | 125,000 | | | | | | | 140,000 | 620,000 |
| Tax Accountants | | | | 25,000 | | | | | | | | | | | | 125,000 | 625,000 |
| Committee Counsel | | | | | | | | | | | | | | | | | 50,000 |
| UST Fees | | | | | | | 6,500 | | | | | | | | | | 11,375 |
| **Total Disbursements** | | - | - | 250,000 | 30,000 | - | 6,500 | 179,207 | 255,000 | - | - | 179,207 | 300,000 | 30,000 | - | 444,207 | 2,695,997 |
| **Total Non Operating Cash Flow** | | | | (250,000) | (30,000) | - | (6,500) | 820,793 | (255,000) | - | - | (179,207) | (300,000) | (30,000) | - | (444,207) | 1,304,003 |
| Accumulated Cash Flow | | 1,978,125 | 1,978,125 | 1,728,125 | 1,698,125 | 1,698,125 | 1,691,625 | 2,512,418 | 2,257,418 | 2,257,418 | 2,257,418 | 2,078,210 | 1,778,210 | 1,748,210 | 1,748,210 | 1,304,003 | |
| Lowest Accum Cash Value | 30-May-11 | (45,000) | | | | | | | | | | | | | | | |
| **Beginning Cash Balance** | | 1,875,224 | 1,824,004 | 1,862,393 | 1,574,599 | 2,597,297 | 2,567,096 | 2,637,904 | 3,451,120 | 2,803,486 | 2,863,780 | 2,983,597 | 2,812,123 | 2,544,196 | 2,527,698 | 2,622,302 | |
| Cash Flow - Operations | | (51,220) | 38,388 | (37,793) | 1,052,698 | (30,202) | 77,308 | (7,577) | (392,633) | 60,293 | 119,818 | 7,733 | 32,073 | 13,502 | 94,604 | 12,536 | 843,186 |
| Cash Flow - Non Operating | | - | - | (250,000) | (30,000) | - | (6,500) | 820,793 | (255,000) | - | - | (179,207) | (300,000) | (30,000) | - | (444,207) | 1,304,003 |
| Ending Cash Balance | | 1,824,004 | 1,862,393 | 1,574,599 | 2,597,297 | 2,567,096 | 2,637,904 | 3,451,120 | 2,803,486 | 2,863,780 | 2,983,597 | 2,812,123 | 2,544,196 | 2,527,698 | 2,622,302 | 2,190,631 | |
| Lowest Accum Cash Value | 6-Jun-11 | 58,788 | | | | | | | | | | | | | | | 2,190,631 |

Disclaimer: This presentation estimates performance of the Company based on historical data, estimates, and assumptions. It cannot be relied upon to reflect actual results.

CONFIDENTIAL
Page 4 of 4
5/27/2011 5:59 PM

EXHIBIT "A"
PAGE 4 OF 4

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I hereby certify that the foregoing DEBTOR'S MOTION FOR AUTHORIZATION TO |
| 3 | USE CASH COLLATERAL ON INTERIM AND FINAL BASIS was served by electronic notice through the bankruptcy court's ECF system on the U.S. Trustee (Eugene): |
| 4 | |
| 5 | USTPRegion18.eg.ecf@usdoj.gov |
| 6 | and on all parties listed on the attached List of Interested Parties by the methods indicated. Unless another method of service is indicated, service was made by placing a copy thereof in a |
| 7 | sealed, first-class, postage prepaid envelope, addressed to each party's last known address and depositing the same into the United States mail at Portland, Oregon on the date set forth below. |
| 8 | |
| 9 | Dated: June 1, 2011. |
| 10 | |
| 11 | /s/ David A Foraker<br>David A. Foraker, OSB #812280 |
| 12 | Attorney for Debtor |
| 13 | \7095\P COS Cash Collateral Motion.wpd |

**Page 1 of 1** - CERTIFICATE OF SERVICE

**GREENE & MARKLEY, P.C.**
1515 S.W. Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 295-2668
Facsimile: (503) 224-8434

List of Interested Parties

(Olsen Agricultural Enterprises LLC)

Secured Creditors (Special List):

Rabo Agrifinance, Inc.                                                                  (Via First Class Mail)
c/o CT Corporation System
Registered Agent
388 State St., Ste. 420
Salem, OR 97301-3581

Tom Schofield                          (Via First Class Mail and E-mail: tom.schofield@raboag.com)
Special Asset Manager
Rabo Agrifinance, Inc.
POB 668
6919 Chancellor Dr.
Cedar Falls, IA 50613

Dean Gisvold, Esq.            (Via First Class Mail and E-mail: deang@mcewengisvold.com)
Barry Groce, Esq.             (Via First Class Mail and E-mail: barryg@mcewengisvold.com)
McEwen Gisvold LLP
1100 SW 6th Ave., Ste. 1600
Portland, OR 97204
         Attorneys for Rabo Agrifinance, Inc.

BFS International, LLC                                                                  (Via First Class Mail)
c/o David E. Grein, Esq.
Registered Agent
1030 SW Morrison St.
Portland, OR 97205

Tim Miller                             (Via First Class Mail and E-mail: tim@beaverfreight.com)
BFS International, LLC
3835 NE Hancock St. Ste. 203
Portland, OR 97212

David E. Grein, Esq.                   (Via First Class Mail and E-mail: dgrein@pfglaw.com)
Parsons Farnell & Grein
1030 SW Morrison St.
Portland, OR 97205
         Attorneys for BFS International, LLC

Internal Revenue Service                                              (Via First Class Mail)
PO Box 7346
Philadelphia, PA 19101-7346

The Attorney General of the United States                             (Via First Class Mail)
Department of Justice
10th & Constitution NW
Washington, DC 20530

US Attorney for the District of Oregon                                (Via First Class Mail)
1000 SW 3rd Ave., #600
Portland, OR 97204

Susan Anderson, Specialist           (Via First Class Mail and Facsimile (541) 302-0971)
Internal Revenue Service
211 E. 7th Ave., Ste. 301
Eugene, OR 97401

Ledeboer Seed, LLC                                                    (Via First Class Mail)
c/o Hannelore Ledeboer
Registered Agent
22068 Case Rd NE
Aurora, OR 97002-9727

Hagen Ledeboer          (Via First Class Mail and E-mail: hagen.ledeboer@ledeboerseed.com)
Ledeboer Seed, LLC
22068 Case Rd NE
Aurora, OR 97002-9727

Hunter B. Emerick, Esq.        (Via First Class Mail and E-mail: hemerick@sglaw.com)
Saalfeld Griggs PC
PO Box 470
Salem, OR 97308
        Attorneys for Ledeboer Seed, LLC

Callisons, Inc. (dba I.P. Callisons and Sons)                         (Via First Class Mail)
c/o CT Corporation System
Registered Agent
388 State St., Ste. 420
Salem, OR 97301-3581

Richard Robinson                                                                                      (Via First Class Mail)
I.P. Callisons and Sons
2400 Callison Rd NE
Lacey, WA 98516

Charles C. Robinson, Esq.           (Via First Class Mail and E-mail: crobinson@gsblaw.com)
Garvey Schubert Barer
1191 Second Ave., 18th Floor
Seattle, WA 98101-2939
        Attorneys for I.P. Callisons and Sons

20 Largest Unsecured Creditors (Via First Class Mail):

Kim Bible
Oregon Vineyard Supply Co.
2700 St. Joseph Rd.
McMinnville, OR 97128

Susan Anderson
Internal Revenue Service
211 E 7th Ave., Ste. 301
Eugene, OR 97204

Howard Pope
ORCO, Inc.
12680 SW Pacific Hwy
Monmouth, OR 97361

David Stork
Jeld-Wen Tradition Foundation
3250 Lakeport Blvd
Klamath Falls, OR 97601

Julie Springer
Davis Wright Tremaine
1300 SW 5th Ave., Ste. 2300
Portland, OR 97201

Justin Fisher
Peter Jacobsen's Legends of Oregon
2727 Leo Harris Pkwy
Eugene, OR 97401

Linda Collins
HSR Architecture LLC
838 NW Bond St., Ste. 2
Bend, OR 97701

Eric Rogers
Eola Hills Wine Cellars
501 S Pacific Hwy
Rickreall, OR 97371

Dennis Combs
Dennis Combs AG Consultants, Inc.
POB 1051
Lake Oswego, OR 97034

Travis Hill
Silver Dome Farms
7091 Springhill Dr.
Albany, OR 97321

John Coleman
255 SW Madison Ave.
Corvallis, OR 97333

Dean Underwood
Underwood Farms
8756 Springhill Dr.
Albany, OR 97321

Employment Department
c/o Carolyn G. Wade, Esq.
Department of Justice
1162 Court St. NE
Salem, OR  97301

Jeffrey O'Banion
NW Natural Gas
222 NW 2nd
Portland, OR 97208

ODR Bkcy
c/o Carolyn G. Wade, Esq.
Department of Justice

1162 Court St. NE
Salem, OR 97301

Collotype Labels
c/o Greg Pfister, Esq
720 SW Washington St., Ste. 750
Portland, OR 97205

Jane Anderson
Credit Collections Services Inc
POB 755
Yankton, SD 57078

Tony Blair
Brenner & Company
POB 907
Salem, OR 97308

Ben C. Fetherston, Jr.
Fetherston Edmonds LLP
POB 2206
Salem, OR 97308

Tom Bracken
Sunridge Nurseries, Inc.
441 Vineland Rd
Bakersfield, CA 93307

Other Parties:

Cliff E. Spencer, Esq.             (Via First Class Mail and E-mail: spencerc@lanepowell.com)
Lane Powell P.C.
501 SW 2nd Ave., Ste. 2100
Portland, OR 97204
        Attorneys for Oregon Vineyard Supply Co.

\7095\O List of Interested Parties (Master Service List).wpd