| | |
|---|---:|
| James Ray Streinz | Donald W. McEwen |
| Admitted in Oregon and Washington | (1920-2000) |
| Direct Dial: 503·412·3512 | |
| rays@mcewengisvold.com | |

June 20, 2011

**VIA EMAIL david.foraker@greenemarkley.com**

David A. Foraker
Greene & Markley
1515 SW 5th Ave, Suite 600
Portland, OR 97204

      Re:    *Olsen Agricultural Enterprises, LLC*
                Bankruptcy Case No. 11-62723-fra11

Dear David:

      Rabo Agrifinance ("Rabo") is willing to offer DIP financing to the debtor on terms that are better than those offered by Bacchus Capital, and is willing to forego the terms that Judge Alley has rejected and that Bacchus finds so necessary. For ease in handling this, Rabo is willing to proceed on the same order and loan terms with the following changes:

- Loan fee of 1%, no other fees or expenses for "due diligence"
- Interest rate of 10% per annum
- One year maturity with no exit fee

As noted above, Rabo is willing to accept the terms of the order as signed by Judge Alley. The only changes necessary are those better terms above, and a change in the name of the lender.

                                Very truly yours,

                                */s/ James Ray Streinz*
                                James Ray Streinz

cc:     Judge Frank R. Alley  (via ECF)
          Mary Jo Heston  (via email)
          Al Kennedy (via email)
          Ron Becker (via email)
          Adam M. Starr (via email)
          Adam R. Kelly (via email)
          Kelley Blaine (via email)
          Linda Kobliska (via email)
          Mark Fischels (via email)