UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re | ) Case No._____ |
| | ) |
| | ) NOTICE OF INTENT TO Sell Real or |
| | ) Personal Property, Compensate Real Estate |
| | ) Broker, and/or Pay any Secured Creditor's Fees |
| | ) and Costs; Motion for Authority to Sell Property |
| | ) Free and Clear of Liens; and Notice of Hearing |
| | ) [**Note**: Do not use to sell personally identifiable |
| Debtor(s) | )  information about individuals!] |

NOTICE IS GIVEN THAT _____, the _____ (i.e., debtor, trustee, etc.), intends to sell the property described below and moves for authority to sell said property free and clear of liens pursuant to 11 USC §363(f). The movant's name, address, and telephone # are: _____
_____.

If you wish to object to any aspect of the sale or fees disclosed in ¶7 or ¶15 you must both: (1) attend the hearing set in ¶16 below and, (2) within 23 days of the later of either (a) the date next to the signature below; or (b) the date in any "Clerk" stamp above, file with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", at 1001 SW 5th Ave. #700, Portland OR 97204; or if it begins with "6" or "7", at 405 E 8th Ave #2600, Eugene OR 97401) both: (a) a written response stating the specific facts upon which the objection is based, and (b) proof that a copy of the response was served on the movant.

This document shall constitute the notice required by LBR 2002-1. (COMPLETE ALL SECTIONS.)

1. The specific subsections of 11 USC §363(f) movant relies upon for authority to sell the property free and clear of liens are:

2. Buyer's Name & Relation to Debtor:

3. General description of the property (NOTE: If real property, state street address here. Also attach legal description as an Exhibit to the original filed with the court):




4. A copy of the full property description or inventory may be examined or obtained at:


5. The property may be previewed at (include time and place):


6. Other parties to the transaction and their relationship to the debtor are:




7. Gross sales price: $_____. All liens on the property total: $_____, of which Movant believes a total of $_____ need not be paid as secured claims (because the lien is invalid, avoidable, etc., the lienholder consents to less than full payment, or part or all of the underlying debt is not allowable). Secured creditor(s) also seek(s) reimbursement of $_____ for fees and costs. Total sales costs will be: $_____. All tax consequences have been considered and it presently appears the sale will result in net proceeds to the estate after payment of valid liens, fees, costs and taxes of approximately: $_____.

8. The sale    is    is not (**MARK ONE**) of substantially all of the debtor's assets. Terms and conditions of sale:




9. Competing bids must be submitted to the movant no later than (date) _____, and must exceed the above offer by at least _____ (and be on the same or more favorable terms to the estate).

10. Summary of all available information regarding valuation, including any independent appraisals:

11. If ¶7 indicates little or no equity for the estate, the reason for the sale is:

and expenses and taxes resulting from the sale will be paid as follows:

12. (Ch. 11 cases only) The reason for proposing the sale in advance of approval of a plan of reorganization is:

13. The following information relates to lien holders (who are listed in PRIORITY order):

| Name | Service Address (See FRBP 7004) | Approximate Lien Amount | Indicate Treatment at Closing (i.e., Fully Pd., Partially Pd., or Not Pd.) |
|---|---|---|---|

14. Any liens not fully paid at closing shall attach to the sale proceeds in the same order of priority they attach to the property. Any proceeds remaining after paying liens, expenses, taxes, commissions, fees, costs or other charges as provided in this motion, shall be held in trust until the court orders payment.

15. [If real property]  The court appointed real estate broker, _____,
will be paid _____.

16. **A HEARING ON THIS MOTION AND ANY OBJECTIONS TO THE SALE AND/OR FEES WILL BE HELD**
ON _____ AT _____ IN _____
_____ and testimony will be received if offered and admissible.

17. [Unless movant is a Ch. 7 trustee]  I certify that on _____ a copy of this document was served, pursuant to FRBP 7004, on the debtor(s), trustee, if any, U.S. Trustee, each named lien holder at the address listed above, Creditors' Committee Chairperson, if any, and their respective attorneys; and that a copy was also served that date, pursuant to FRBP 2002(a), on all creditors and parties requesting special notice as listed in the Court's records that were obtained on _____, a copy of which is attached to the original document filed with the Bankruptcy Court.

18. FOR FURTHER INFORMATION CONTACT: _____
_____.

DATE: _____            _____
                                                  Signature & Relation to Movant

                                                  _____
                                                  (If debtor is movant) Debtor's Address & Taxpayer ID#(s) (last 4 digits)

**Exhibit 1**

| Name | Service Address | Approximate Lien Amount | Indicate Treatment at Closing |
|---|---|---|---|
| Linn County Tax Collector | POB 309<br>Albany, OR 97324 | $ 11,311 | To be paid in full at closing |
| Rabo Agrifinance, Inc. | c/o Linda Kobliska, Esq.<br>POB 668<br>Cedar Falls, IA 50613 | 29,830,574 | Not paid * |
| BFS International LLC | 3835 NE Hancock St.,<br>Suite 203<br>Portland, OR 97212 | 21,134 | Not paid * |
| United States of America acting by and through the Internal Revenue Service | POB 7346<br>Philadelphia, PA 19101-7346 | 440,112 | Not paid * |
| Ledeboer Seed LLC | 22068 Case Rd NE<br>Aurora, OR 97002-9727 | 20,000 | Not paid * |
| IP Callisons & Sons | Attn: Richard Robinson<br>2400 Callison Rd NE<br>Lacey, WA 98516 | 430,058 | Not paid * |
| West Coast Bank | POB 8000<br>Wilsonville, OR 97070 | 157,774 | Not paid * |

*Note: Sale proceeds and liens will be subject to terms of existing cash collateral and DIP financing orders.

LEGAL DESCRIPTION:

Order No.: FT110030770-FTMWV01

Parcel 1:

Beginning at the Southeast corner of the Donation Land Claim of John McKinney and wife, in Section 12, Township 14 South, Range 3 West of the Willamette Meridian, Linn County, Oregon, the same being Notification No. 2135 and Claim No. 38 in said Township and Range; thence West 40 chains, thence North 25 chains, thence East 40 chains, thence South 25 chains to the place of beginning.

EXCEPTING THEREFROM, any portion of the above described premises lying within the limits of Linn County Road No. 508, (aka Lake Creek Drive).

Parcel 2:

Tract A:

Beginning at an iron bolt which is on the West line of and North 53.00 chains distant from the Southwest corner of the Donation Land Claim of Alexander Kirk, being Notification No. 2136, and Claim No. 37 in Township 14 South, Range 3 West of the Willamette Meridian, Linn County, Oregon; thence East and parallel with the South line of said Claim 1979.62 feet to a 1 inch pipe; thence North 0 ° 16' West 801.15 feet to a 1/2 inch iron rod; thence South 85 ° 29' West 53.15 feet to a 1/2 inch iron rod; thence North 0 ° 29' East 213.10 feet to a 1/2 inch iron rod; thence North 9`° 4' East 133.4 feet to a 1 inch pin set at the Southwest corner of that certain tract as described in Volume 164, Page 633, Deed Records of Linn County, Oregon; thence North 2 ° 38' East 116.88 feet to a 1 1/4 inch pipe; thence North 89 ° 09' West 1258.30 feet to a point which is the Northeast corner of that certain tract as described Volume 225, Page 748, Deed Records of Linn County, Oregon; thence South 0 ° 05' West 387.41 feet to the Southeast corner of the above described tract; thence North 89 ° 09' West 698.22 feet to the East line of the John McKinney Donation Land Claim No. 38 of said Township and Range; thence South 87 ° 58' West 506.45 feet to a 5/8 inch bolt; thence South 81 ° 02' West 326.28 feet to a 1/2 inch rod; thence North 81 ° 09' West 118.90 feet to a 1/2 inch rod; thence South 86 ° 05' West 103.50 feet to a 1/2 inch bolt; thence South 48 ° 48' West 87.32 feet to a 1/2 inch bolt; thence South 77 ° 49' West 309.62 feet to a 1/2 inch bolt; thence South 89 ° 50' West 65.94 feet to a 1 inch rod on the Easterly right of way line of the Southern Pacific Railroad; thence South 33° 0' West along said right of way to a 1/2 inch pipe on the West line of said Claim No. 38; thence South 23.07 chains to an iron pipe which is North 25.00 chains distance from the Southwest corner of the East half of said Claim No. 38; thence East parallel with the South line of said claim, 40.00 chains to a stone 4 x 8 x 14 inches marked CS on the East line of said Claim No. 38; thence North 37.87 chains to the point of beginning.

Together with an easement for joint use of a roadway 20 feet in width as created by instrument recorded October 27, 1982 in Volume 322, Page 495, Microfilm Records of Linn County, Oregon.

Tract B:

Beginning at a point 41.575 chains North of the Southwest corner of the Donation Land Claim of Alexander Kirk and wife, Notification No. 2136, Claim No. 37, in Township 14 South, Range 3 West of the Willamette Meridian in Linn County, Oregon, and running thence North 11.425 chains; thence East 39.54 chains, to a point 30 feet West of the East boundary line of said Claim; thence south 1 rod; thence East 30 feet to the East boundary line of said Claim; thence South 1.965 chains; thence West 21.72 chains, to a point 18.28 chains East and 9.21 chains North

Order No.: FT110030770-FTMWV01

of the place of beginning; thence South 9.21 chains; thence West 18.25 chains to the place of beginning.

Excepting therefrom, any portion of the above described premises lying within the limits of Linn County Road No. 770.

Together with a right of way over a strip of land described as follows:  Beginning at the Southwest corner of Tract II above described and being 41.575 chains North of the Southwest corner of said Donation Land Claim and running from thence East 18.28 chains; thence North 10.00 feet; thence East 21.72 chains to the East boundary of said claim; thence South 20.00 feet; thence West 40.0 chains to the West boundary of said Claim; thence North 10.00 feet to the place of beginning.

Tract C:

Beginning at a point 41.575 chains North and 18.28 chains East to the Southwest corner of the Donation Land Claim of Alexander Kirk and wife, Notification No. 2136, Claim No. 37 in Township 14 South, Range 3 West of the Willamette Meridian in Linn County, Oregon, and running from thence North 9.21 chains; thence East 21.72 chains to the East boundary of said Donation Land Claim; thence South along the East boundary of said Donation Land Claim, 9.21 chains; thence West 21.72 chains to the point of beginning, in Linn County, Oregon.

Excepting therefrom, any portion of the above described premises lying within the limits of Linn County Road No. 770.

Parcel 3:

Tract A:

Beginning at a point on the West boundary line of the Donation Land Claim of Alexander Kirk and wife, being Notification No. 2136 and Claim No. 37, in Township 14 South, Range 3 West of the Willamette Meridian, Linn County, Oregon, 27.50 chains North of the Southwest corner of said Claim, and running thence North 14.075 chains; thence East 480 feet; thence South 14.075 chains; the West 480 feet to the point of beginning, Linn County, Oregon.

Tract B:

Beginning at a point 41.575 chains North and 480 feet East of the Southwest corner of the Donation Land Claim of Alexander Kirk and wife, Notification No. 2136, and Claim No. 37 in Township 14 South, Range 3 West of the Willamette Meridian, Linn County, Oregon; and running from thence East 540 feet; thence South 14.075 chains; thence Wet 540 feet; thence North 14.075 chains to the place of beginning.

Label Matrix for local noticing
0979-6
Case 11-62723-fra11
District of Oregon
Eugene
Thu Jun 30 11:32:51 PDT 2011

Fetherston Edmonds, LLP
POB 2206
Salem, OR 97308-2206


ODR
c/o Carolyn G. Wade Esq
Dept of Justice
1162 Court St NE
Salem, OR 97301-4096


Oregon Vineyard Supply Co.
c/o Kevin Chambers
2700 St. Joseph Road
McMinnville, OR 97128-8405


US Attorney
1000 SW 3rd Ave #500
Portland, OR 97204-2930


AG West Supply
POB 47
Rickreall, OR 97371-0047


Agriweld
15040 Airlie Rd
Monmouth, OR 97361-9513


Allegiance Premium Finance Co
44 W Harding Ave
Cedar City, UT 84720-2562


Alvarez, Jesus N
344 Evergreen St
Independence, OR 97351-1647


Ammon, Raymond A
20925 Dereave Ln
Amity, OR 97101-2303


Attorney General of the United States
Department of Justice
10th & Constitution NW
Washington, DC 20530-0001


General Unsecured Creditors Committee
c/o Mary Jo Heston
Lane Powell PC
1420 5th Ave Ste 4100
Seattle, WA 98101-2338


ORCO, Inc.
c/o Howard Pope
12680 S Pacific Hwy
Monmouth, OR 97361-9753


Oregon Vineyard Supply Co.
c/o Mary Jo Heston
Lane Powell PC
601 SW Second Ave, Ste 2100
Portland, OR 97204-3158


Weatherford Thompson Cowgill et al
Attorneys at Law
POB 667
Albany, OR 97321-0219


Ace Property & Casualty Ins Co
c/o Rain and Hail LLC
POB 10496
Des Moines, IA 50306-0496


Agsys Northwest
912 E 10th St
The Dalles, OR 97058-2710


Allied Seed Company
9311 Hwy 45
Nampa, ID 83686-9313


Alvarez, Oscar N
344 Evergreen St
Independence, OR 97351-1647


Anderson, Todd
Anderson's Nursery Inc
8793 NW Arboretum Rd
Corvallis, OR 97330-9571


Callisons Inc
(dba IP Callisons and Sons)
c/o CT Corp System RA
388 State St #420
Salem, OR 97301-3581


Hsr Master Planning and Architecture, LLC
John Ralston
838 NW Bond Street
Suite 2
Bend, OR 97701-2793


Olsen Agricultural Enterprises LLC
8930 Suver Rd
Monmouth, OR 97361-9798


Silver Dome Farms
c/o Travis Hill
7091 NW Springhill Drive
Albany, OR 97321-9141


405 E 8th Ave #2600
Eugene, OR 97401-2725


Agriculture Drainage Corp
POB 235
Tangent, OR 97389-0235


Aguirre, Gilberto
300 SE Goodnight
Corvallis, OR 97333-2185


Allied Waste Services
POB 78829
Phoenix, AZ 85062-8829


AmeriGas
33180 Hwy 34 SE
Albany, OR 97322-7233


Andrade, Antonio
327 S 12th St
Independence, OR 97351-1334

| | | |
|---|---|---|
| Athens Distributing of Nashville<br>3001 Owen Dr<br>Nashville, TN 37013-2414 | Austin, Donald F Jr<br>34505 Riverside Dr #3<br>Albany, OR 97321-9410 | BFS International LLC<br>3835 NE Hancock St Ste 203<br>Portland, OR 97212-5319 |
| BFS International LLC<br>c/o David E Grein Esq<br>1030 SW Morrison St<br>Portland, OR 97205-2626 | Baker, Thomas & Carolyn<br>POB 430<br>Independence OR 97351-0430 | Baker, Thomas L & Carolyn<br>POB 608<br>Independence, OR 97351-0608 |
| Balzheiser & Hubbard Engineers<br>c/o Donald R Slayton<br>142 W 8th Ave<br>Eugene, OR 97401-2940 | Battery X Change<br>POB 14887<br>Portland, OR 97293-0887 | Baystate Wine & Spirits<br>40 Robbie Rd Unit A<br>Avon, MA 02322-1162 |
| Beaver Freight Services Inc<br>3835 NE Hancock #203<br>Portland, OR 97212-5319 | Becerra, Jaime A<br>303 Ash St<br>Independence, OR 97351-2100 | Bedolla, Cecilia Reyes<br>2981 Saddle Club St #1302<br>Salem, OR 97317-7624 |
| Benton County Tax Assessor<br>110 SW 4th St<br>Corvallis, OR 97333-4712 | Best-Pots Inc<br>POB 444<br>Albany, OR 97321-0127 | Blair, Douglas and Eleanor<br>14787 Bluegrass Lp<br>Sisters, OR 97759-3104 |
| Boiler & Combustion Service<br>9350 NE Halsey St<br>Portland, OR 97220-4579 | Boyer, Benjamin C<br>3102 SE Pine St<br>Albany, OR 97322-6047 | Boyer, Carly<br>15175 Airlie Rd<br>Monmouth, OR 97361-9803 |
| Boyer, Carly<br>5239 NE Garfield Ave<br>Portland, OR 97211-3215 | Brandhorst, Carl T<br>683 N Craven<br>Monmouth, OR 97361-1210 | Brandt's Sanitary Service<br>158 S Pacific Hwy<br>Monmouth, OR 97361-1500 |
| Bratney Equipment Co<br>3400 109th St<br>Des Moines, IA 50322-8104 | Breckenridge Software Technologies<br>1431 E Long Pl<br>Centennial, CO 80122-3021 | Brenner & Company<br>POB 907<br>Salem, OR 97308-0907 |
| Bricker, Frank<br>POB 1132<br>Albany, OR 97321-0423 | Brim Tractor<br>4720 Ridge Dr NE<br>Salem, OR 97301-6995 | Brownsville Junction City<br>POB 430<br>Brownsville, OR 97327-0430 |
| Bureau of Reclamation<br>POB 894240<br>Los Angeles, CA 90189-4240 | CNH Capital America LLC<br>100 Brubaker Ave<br>New Holland, PA 17557-1661 | CNH Capital America LLC<br>c/o Sarah Cotton Esq<br>1211 SW 5th Ave Ste 1900<br>Portland, OR 97204-3719 |

| | | |
|---|---|---|
| Cala Farms Inc<br>31226 Wirth Rd<br>Tangent, OR 97389-9768 | Calaway Trading Inc<br>Attn Jeff Calaway<br>POB 1142<br>Ellensburg, WA 98926-1901 | Capital Press<br>POB 2048<br>Salem, OR 97308-2048 |
| Carl Freeze<br>455 SW Hebb Park Rd<br>West Linn, OR 97068-9403 | Cascade Collections Inc<br>1375 13th St SE<br>Salem, OR 97302-2511 | Cascade Collections Inc<br>c/o W Brad Coleman & Assoc<br>1467 13th St SE<br>Salem, OR 97302-2513 |
| Casebeer, Scott<br>POB 305<br>Independence, OR 97351-0305 | Casebeer, Scott<br>c/o Ken Larsen<br>8600 S Pacific Hwy W<br>Monmouth, OR 97361-9787 | Celis, Abel L<br>3848 Sunnyview Rd Apt #17<br>Salem, OR 97305-1084 |
| Chase Auto Finance<br>POB 78070<br>Phoenix, AZ 85062-8070 | Chateau Bianca<br>17485 Highway 22<br>Dallas, OR 97338-9315 | (p)CHRYSLER FINANCIAL<br>27777 INKSTER RD<br>FARMINGTON HILLS MI 48334-5326 |
| Ciatti Company<br>1101 Fifth Ave #170<br>San Rafael, CA 94901-2903 | City of Corvallis<br>560 SW Madison Ave<br>Corvallis, OR 97333-4610 | Clark, Ryan J<br>10760 Oakhill Rd<br>Independence, OR 97351-9745 |
| Clem, David W & Donna J<br>POB 708<br>Albany, OR 97321-0237 | Coface Collections North America Inc<br>3001 Division St<br>Ref 1199128<br>Metairie, LA 70002-5854 | Coleman, John<br>255 SW Madison Ave<br>Corvallis, OR 97333-4705 |
| Collotype Labels<br>c/o Greg A. Pfister<br>720 SW Washington St. Ste 750<br>Portland, OR 97205-3509 | Collotype Labels<br>c/o Greg Pfister Esq<br>720 SW Washington St Ste 750<br>Portland, OR 97205-3509 | Columbia Distributing<br>6840 N Cutter Circle<br>Portland, OR 97217-3943 |
| Complete Wireless Solutions<br>1245 Washington SW<br>Albany, OR 97321-2555 | Conrad, Jay<br>33132 Tangent Loop<br>Tangent, OR 97389-9780 | Consumer Power Inc<br>POB 1180<br>Philomath, OR 97370-1180 |
| Core Communications<br>POB 818<br>Corvallis, OR 97339-0818 | Credit Collections Services Inc<br>POB 755<br>Yankton, SD 57078-0755 | Crop Production Services<br>3005 Rocky Mountain Ave<br>Loveland, CO 80538-9001 |
| DCBS<br>Fiscal Services Section<br>POB 14610<br>Salem, OR 97309-0445 | DLF International Seeds<br>POB 229<br>Halsey, OR 97348-0229 | DMV<br>1905 Lana Ave NE<br>Salem, OR 97314-5000 |

Davis Wright Tremaine
1300 SW 5th Ave Ste 2300
Portland, OR 97201-5682

Davison Auto Parts
POB 27
McMinnville, OR 97128-0027

De Armond Road Farm Inc
14115 De Armond Rd
Monmouth, OR 97361-9746

De Wilde, Elizabeth
8989 Buena Vista Rd
Albany, OR 97321-9201

DeLage Landen Financial Svcs
Olde City Financial
POB 800
Wayne, PA 19087-0800

Del Pilar, Jose M Aguirre
300 SE Goodnight Ave Unit #84
Corvallis, OR 97333-2152

Del Pilar, Raul Aguirre
300 SE Goodnight Ave Unit #84
Corvallis, OR 97333-2152

Deluxe Business Checks
POB 742572
Cincinnati, OH 45274-2572

Dennis Combs AG Consultants Inc
POB 1051
Lake Oswego, OR 97034-0119

Diaz, Erik M
300 SE Goodnight Ave Unit #84
Corvallis, OR 97333-2152

Don Greene's Flies Inc
9465 Airlie Rd
Monmouth, OR 97361-9757

Dorothy J Shertzer
22823 Hoskins Rd
Philomath, OR 97370-9617

Dougherty Landscape Architects
474 Willamette St Ste 305
Eugene, OR 97401-2661

Duarte Nursery
1555 Baldwin Rd
Hughson, CA 95326-9522

ETS Laboratories
899 Adams St Ste A
St Helena, CA 94574-1160

East Edwards LLP
1520B Gwinn St E
Monmouth, OR 97361-1579

East Edwards Ltd Partnership
534 Edwards Rd S
Monmouth, OR 97361-1756

Employment Department
875 Union St NE
Salem, OR 97311-0800

Employment Department
c/o Carolyn G Wade Esq
Department of Justice
1162 Court St NE
Salem, OR 97301-4096

(p)EMPLOYMENT DEVELOPMENT DEPARTMENT
STATE OF CALIFORNIA
BENEFIT OVERPAYMENT COLLECTION SECTION
MIC 91
PO BOX 826218
SACRAMENTO CA 94230-6218

Eola Hills Wine Cellars
501 S Pacific Hwy
Rickreall, OR 97371-9728

Escalante, Carmelo Paramo
634 Log Cabin St
Independence, OR 97351-2118

Evelyn Ball
9725 NW Springhill Dr
Albany, OR 97321-9325

FVMCO Truck Parts
POB 247
Independence, OR 97351-0247

Fall Creek Farm & Nursery Inc
39318 Jasper-Lowell Rd
Lowell, OR 97452-9735

Fall Creek Farm & Nursery Inc
c/o Michael J Kavanaugh Esq
5530 SE Center St
Portland, OR 97206-3951

Ferrellgas
POB 173940
Denver, CO 80217-3940

Fierro, Julio Morales
768 Log Cabin St
Independence, OR 97351-2120

Fisher Farm & Lawn
31970 Old Hwy 34
Tangent, OR 97389-9719

Flint Design Co
1231 NW Hoyt St Ste 204
Portland, OR 97209-3058

| | | |
|---|---|---|
| Fluid Connector Products<br>POB 10308<br>Portland, OR 97296-0308 | Folmsbee, Harold<br>3483 Teddy Ave NE<br>Albany, OR 97321 | Ford Motor Credit Company LLC<br>POB 7172<br>Pasadena, CA 91109-7172 |
| Ford Motor Credit Company LLC<br>c/o Chelsea S Lewandowski Esq<br>1001 SW Fifth Ave Ste 2150<br>Portland, OR 97204-2150 | Frank Lin - San Jose<br>675 N King Rd<br>San Jose, CA 95133-1707 | Frank Lin Beverage Group<br>Frank-Lin Arizona<br>2452 W Birchwood Ave Ste 110<br>Mesa, AZ 85202-1067 |
| Friesen, Ross & Michelle<br>4250 NW Pintail Pl<br>Corvallis, OR 97330-3390 | Fuzzy Zoeller Productions Inc<br>12701 Covered Bridge Rd<br>Sellersburg, IN 47172-9699 | G Weishut<br>POB 93<br>6800 AN Arnhem<br>THE NETHERLANDS |
| GMAC<br>POB 78234<br>Phoenix, AZ 85062-8234 | GS1 US<br>POB 713034<br>Columbus, OH 43271-3034 | Gallegos, Ignacio C<br>715 S Fifth St<br>Independence, OR 97351-1810 |
| Georgia 4-H Foundation<br>UGA Griffin Campus<br>1109 Experiment St<br>Griffin, GA 30223-1731 | Georgia Crown Distributing Co<br>100 Georgia Crown Dr<br>McDonough, GA 30253-9071 | (p)GEORGIA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>1800 CENTURY BLVD NE<br>SUITE 17200<br>ATLANTA GA 30345-3206 |
| Georgia Secretary of State<br>POB 23038<br>Columbus, GA 31902-3038 | Gerald Phelan LLC<br>Attn Rick Galloway<br>POB 99<br>Ellensburg, WA 98926-1909 | Gerald Phelan LLC<br>c/o Mills Meyers Swartling<br>1000 Second Ave 30th Fl<br>Seattle, WA 98104-1094 |
| Gilmour Farms LLC<br>6001 Gilmour Ln<br>Albany, OR 97321-9392 | Gorrell, Terry E<br>1325 NE Rosa Ln<br>Albany, OR 97321-1658 | Green Villa Farms LLC<br>POB 37<br>Independence, OR 97351-0037 |
| Guardian Fire Protection<br>1012 SW A St<br>Corvallis, OR 97333-4225 | Guzman, Jacobo Silva<br>4849 San Francisco Dr #31<br>Salem, OR 97305-2691 | Guzman, Valente E<br>3728 Sunnyview Rd NE Apt 31<br>Salem, OR 97305-1077 |
| HHC Publishing Inc<br>POB 9138<br>Foxboro, MA 02035-9138 | HSR Architecture LLC<br>838 NW Bond St Ste 2<br>Bend, OR 97701-2793 | HSR Architecture LLC<br>c/o Michael W Peterkin Esq<br>222 NW Irving Ave<br>Bend, OR 97701-2016 |
| Hanson, Philip L<br>11505 Corvallis Rd<br>Independence, OR 97351-9780 | Heath, David W<br>15175 Airlie Rd<br>Monmouth, OR 97361-9803 | Henry, Carolyn Sue<br>POB 9129<br>Salem OR 97305-0129 |

| | | |
|---|---|---|
| Hernandez, Jose L Medina<br>2215 Elm St Apt 4<br>Albany, OR 97321-3526 | Hernandez, Juan J Medina<br>1440 Marion St SE<br>Albany, OR 97322-3360 | Hernandez, Lino Medina<br>1335 Cedar St<br>Philomath, OR 97370 |
| Hoffman, Joyce J<br>POB 147<br>Independence, OR 97351-0147 | Hoffman, Willie<br>10100 Oakhill Rd<br>Independence, OR 97351-9524 | Home Depot 5263<br>POB 6031<br>The Lakes, NV 88901-6031 |
| IP Callisons & Sons<br>Attn Richard Robinson<br>2400 Callison Rd NE<br>Lacey, WA 98516-3154 | IP Callisons & Sons<br>c/o Charles C Robinson Esq<br>1191 Second Ave 18th Fl<br>Seattle, WA 98101-2939 | IRS<br>POB 7346<br>Philadelphia, PA 19101-7346 |
| Illinois Secretary of State<br>Dept of Business Services<br>501 S 2nd St<br>Springfield, IL 62756-0001 | Industrial Welding Supply<br>POB 20340<br>Salem, OR 97307-0340 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| J Frank Schmidt & Son Co<br>9506 Wells Landing Rd<br>Independence, OR 97351-9711 | JPMorgan Chase Bank NA<br>c/o Chase Auto Finance<br>201 N Central Ave AZ1-1191<br>Phoenix, AZ 85004-0073 | JW Auer Sr Bypass Trust<br>c/o John W Auer Jr Trustee<br>10325 Wells Landing Rd<br>Independence, OR 97351-9798 |
| Janosik, Jon<br>2738 A St<br>Hubbard, OR 97032-9518 | Jeffrey O'Banion<br>c/o NW Natural Gas<br>222 NW 2nd<br>Portland OR 97209 | Jeld-Wen Tradition Foundation<br>3250 Lakeport Blvd<br>Klamath Falls, OR 97601-1036 |
| Johanna R Plansoen<br>POB 20695<br>Keizer, OR 97307-0695 | John Zuelzer & Son<br>POB 550<br>Invermere, BC  V0A 1K0<br>CANADA | Jule A Mathany Living Trust<br>11600 Staats Rd<br>Monmouth, OR 97361-9767 |
| Jule A Mathany Living Trust<br>16860 Tarter Rd<br>Monmouth, OR 97361-9672 | Kester, Ernest<br>1527 NW Terracegreen Pl<br>Corvallis OR 97330-1347 | Keybank<br>POB 93885<br>Cleveland, OH 44101-5885 |
| Kremer, William H<br>710 Driftwood Dr<br>Eugene, OR 97402-9327 | LAD Communications Inc<br>812 SW Washington St #400<br>Portland, OR 97205-3211 | LYN Seed Testing<br>POB 258<br>Halsey, OR 97348-0258 |
| Lambert Farm<br>33111 Harnisch Rd<br>Albany, OR 97321-9562 | Lanz Industrial Welding<br>POB 820374<br>Vancouver, WA 98682-0007 | Ledeboer Seed LLC<br>22068 Case Rd NE<br>Aurora, OR  97002-9727 |

| | | |
|---|---|---|
| Ledeboer Seed LLC<br>c/o Hunter B Emerick Esq<br>POB 470<br>Salem, OR 97308-0470 | Leonard, Ted<br>25173 Maxfield Creek Rd<br>Monmouth, OR 97361-9407 | Les Schwab Tires<br>1710 Monmouth St<br>Independence, OR 97351-9727 |
| Les Tonnelleries De Bourgogne<br>c/o Bouchard Cooperages<br>743 Wilson St<br>Napa CA 94559-2801 | Lester I Versteeg Family Trust<br>10760 Simpson Rd<br>Monmouth, OR 97361-9631 | Lester I Versteeg Family Trust<br>Ruth M Versteeg, Trustee<br>10760 Simpson Rd<br>Monmouth OR 97361-9631 |
| Lewis DLC Farms LLC<br>POB 1286<br>Sherwood, OR 97140-1286 | Linde Vineyard & Building Supply<br>POB 3219<br>Albany, OR 97321-0708 | Linn Benton Tractor<br>POB 2016<br>Albany, OR 97321-0518 |
| Linn County Extension Assoc<br>POB 1851<br>Albany, OR 97321-0503 | Linn County Tax Collector<br>POB 100<br>Albany, OR 97321-0031 | Lopez, Argeo V<br>695 Johnson St NE<br>Salem, OR 97301-5020 |
| Lubbers Trust<br>POB 459<br>Monmouth, OR 97361-0459 | Luby, Christopher R<br>10218 SW Evergreen Ct<br>Wilsonville, OR 97070-8555 | Luckiamute Domestic Water<br>8585 Suver Rd<br>Monmouth, OR 97361-9799 |
| MI Chamber of Commerce<br>355 N Pacific Ave Ste A<br>Monmouth, OR 97361-1584 | Make A Wish Foundation<br>4742 N 24th St #400<br>Phoenix, AZ 85016-4862 | Manning, Kelly C<br>POB 219251<br>Portland, OR 97225-9251 |
| Maurine M Auer Living Trust<br>10325 Wells Landing Rd<br>Independence, OR 97351-9798 | Mercedes Benz Credit Corp<br>POB 9001921<br>Louisville, KY 40290-1921 | Mercedes-Benz Financial Srvcs<br>POB 9001680<br>Louisville, KY 40292-0001 |
| Merchant Works<br>534 Edwards Rd<br>Monmouth, OR 97361 | Merriman, Mark L<br>3415 NW Firwood Dr<br>Corvallis, OR 97330-1119 | Middleton Heating & Sheet Metal<br>610 SW Washington Ave<br>Corvallis, OR 97333-4398 |
| Mitchell, Ruth<br>1950 Newell Rd<br>Pal Alto, CA 94303-3419 | Morrison Plumbing Inc<br>POB 166<br>Rickreall, OR 97371-0166 | Motion Industries Inc<br>POB 98412<br>Chicago, IL 60693-8412 |
| NMHG Financial Services<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids IA 52404-8247 | NMHG Financial Services Inc<br>44 Old Ridgebury Rd<br>Danbury, CT 06810-5107 | NMHG Financial Services Inc<br>POB 643749<br>Pittsburgh, PA 15264-3749 |

| | | |
|---|---|---|
| NW Natural Gas<br>POB 6017<br>Portland, OR 97228-6017 | Nadalie<br>POB 798<br>Calistoga, CA 94515-0798 | Naeda Financial Ltd LP<br>14010 First National Bank Pkwy #205<br>Omaha, NE 68154-5234 |
| Natco<br>POB 394<br>Walterville, OR 97489-0394 | National Turfgrass Evaluation<br>Beltsville Ag Research W<br>Bldg 003, Rm 217<br>Beltsville, MD 20705 | Nationwide Life Insurance Co<br>POB 41731<br>Philadelphia, PA 19101-1731 |
| New York Workers Comp Board<br>c/o Receivable Mgmt Srvcs<br>One Exchange Plaza<br>55 Broadway Ste 201<br>New York, NY 10006-3759 | Newhouse Mfg Co Inc<br>1048 N 6th St<br>Redmond, OR 97756-1399 | North Carolina Dept of Revenue<br>POB 25000<br>Raleigh, NC 27640-0100 |
| Northstar Surveying Inc<br>720 NW 4th St<br>Corvallis, OR 97330-6415 | Northwest Core Collection<br>9295 SW Electric St Ste B<br>Portland, OR 97223-6200 | Northwest Dist & Storage Inc<br>POB 3670<br>Salem, OR 97302-0670 |
| ODR Bkcy<br>955 Center NE #353<br>Salem, OR 97301-2553 | ORCO Inc<br>12680 SW Pacific Hwy<br>Monmouth, OR 97361-9753 | OSU Seed Laboratory<br>c/o Charles E Fletcher Assoc Gen Counsel<br>638 Kerr Administration Building<br>Corvallis, OR 97331-8565 |
| Ochoa, Gonzalo Manzo<br>485 S Fifth St<br>Independence, OR 97351-1919 | Odom<br>10500 NE 8th St Ste 2000<br>Bellevue, WA 98004-4369 | Office Depot<br>POB 88040<br>Chicago, IL 60680-1040 |
| Ohio Dept of Taxation<br>POB 530<br>Columbus, OH 43216-0530 | Old Republic Surety Group<br>POB 1635<br>Milwaukee, WI 53201-1635 | Olsen Design and Development<br>534 Edwards Rd<br>Monmouth, OR 97361 |
| Olsen Honey Farms<br>1037 North Albany Rd<br>Albany, OR 97321-1328 | Olsen, Carolyn A<br>1485 Emerson Lane<br>Monmouth, OR 97361-1889 | Olsen, Carolyn A<br>c/o Clark B Williams, Esq<br>POB 1048<br>Salem OR 97308-1048 |
| Olsen, Eleanor Ann<br>c/o David W Hercher, Esq<br>111 SW 5th Ave #3400<br>Portland OR 97204-3614 | Olsen, Eric R<br>534 Edwards S<br>Monmouth, OR 97361-1756 | Olsen, Eric R<br>c/o Anthony R Kreitzberg Esq<br>POB 749<br>Salem, OR 97308-0749 |
| Olsen, James E<br>3372 Concomley Dr<br>Salem, OR 97306-9824 | Olsen, James E<br>c/o Tara Schleicher Esq<br>121 SW Morrison St Ste 600<br>Portland, OR 97204-3136 | Olsen, Robin G<br>13605 Corvallis Rd<br>Monmouth, OR 97361-9739 |

| | | |
|---|---|---|
| Olsen, Roger P<br>14115 De Armond Rd<br>Monmouth, OR 97361-9746 | Olsen, Roger P<br>c/o Helen Nelson Esq<br>POB 983<br>Albany, OR 97321-0369 | Oregon Dept of Agriculture<br>POB 4395 Unit 16<br>Portland, OR 97208-4395 |
| Oregon Horticultural Society<br>POB 2917<br>Salem, OR 97308-2917 | Oregon Liquor Control Commission<br>Attn Angie Nelson<br>POB 22297<br>Milwaukie, OR 97269-2297 | Oregon Orchardgrass Seed Producers<br>POB 2042<br>Salem, OR 97308-2042 |
| Oregon Parks & Recreation Dept<br>Attn Financial Services Dept<br>725 Summer St NE Ste C<br>Salem, OR 97301-1266 | Oregon Ryegrass Growers Seed Commission<br>POB 3366<br>Salem, OR 97302-0366 | Oregon Screen Impressions<br>3580 NE Broadway<br>Portland, OR 97232-1821 |
| Oregon Secretary of State<br>UCC Division<br>Public Service Bldg Ste 151<br>255 Capitol Street NE<br>Salem, OR 97310-1300 | Oregon Seed Trade Assoc<br>2380 NW Roosevelt<br>Portland, OR 97210-2323 | Oregon State University<br>c/o Charles E Fletcher<br>Assoc Gen Counsel<br>638 Kerr Admin<br>Corvallis OR 97331 |
| Oregon State University Plant Clinic<br>1089 Cordley Hall<br>Corvallis, OR 97331-8530 | Oregon Tall Fescue Commission<br>POB 3366<br>Salem, OR 97302-0366 | Oregon Vineyard Supply Co<br>2700 St Joseph Rd<br>McMinnville, OR 97128-8405 |
| Oregon Vineyard Supply Co<br>c/o Cliff E Spencer Esq<br>601 SW 2nd Ave Ste 2100<br>Portland, OR 97204-3158 | PRC<br>c/o Valley Landfills<br>POB 70241<br>Los Angeles, CA 90074-0241 | PRG Bargaining Assoc<br>POB 3228<br>Salem, OR 97302-0228 |
| Pacific Packaging<br>25195 SW Parkway Ave #210<br>Wilsonville, OR 97070-9689 | Pacific Power<br>1033 NE 6th Ave<br>Portland, OR 97232-2017 | Pacific Seed Association<br>2380 NW Roosevelt<br>Portland, OR 97210-2323 |
| Pape Materials<br>POB 5077<br>Portland, OR 97208-5077 | Paramo, Edgardo<br>639 Log Cabin St<br>Independence, OR 97351-2119 | Paramo, Noe<br>634 Log Cabin St<br>Independence, OR 97351-2118 |
| Paulus, Larry W<br>POB 507<br>Monmouth, OR 97361-0507 | Perez, Amado Rodriquez<br>132 - I Street<br>Independence, OR 97351-2308 | Peter Jacobsen's Legends of OR<br>2727 Leo Harris Pkwy<br>Eugene, OR 97401-8835 |
| Pioneer Hopyard Vineyard<br>255 Madison St SW<br>Corvallis, OR 97333-4705 | Pitney Bowes Global Finance<br>POB 856460<br>Louisville, KY 40285-6460 | Pitney Bowes Purchase Power<br>POB 856042<br>Louisville, KY 40285-6042 |

| | | |
|---|---|---|
| Polk County Itemizer Observer<br>POB 108<br>Dallas, OR 97338-0108 | Polk County Storage<br>590 Hoffman Rd<br>Independence, OR 97351-9601 | Polk County Tax Collector<br>850 Main St<br>Dallas, OR 97338-3179 |
| Pope, Craig<br>15040 Airlie Rd<br>Monmouth, OR 97361-9513 | Pro Source One<br>8700 Trail Lake Dr W Ste 100<br>Memphis, TN 38125-8205 | Puakea Bay Ranch Owners Assn<br>c/o Robert D Triantos Esq<br>POB 1720<br>Kailua-Kona, HI 96745-1720 |
| Quill<br>POB 37600<br>Philadelphia, PA 19101-0600 | Qwest - Phoenix<br>POB 52187<br>Phoenix, AZ 85072-2187 | Qwest - Seattle<br>POB 12480<br>Seattle, WA 98111-4480 |
| R & R Marketing<br>POB 2088<br>West Caldwell, NJ 07007-2088 | R & S Bagg Warehouse Inc<br>POB 49<br>Shedd, OR 97377-0049 | RTS Trucking<br>POB 25<br>Shedd, OR 97377-0025 |
| Rabo Agrifinance Inc<br>c/o James Ray Streinz, Esq<br>1100 SW 6th Ave Ste 1600<br>Portland, OR 97204-1017 | Rabo Agrifinance Inc<br>c/o Linda Kobliska Esq<br>POB 668<br>Cedar Falls IA 50613-0029 | Rain and Hail LLC<br>POB 10496<br>Des Moines, IA 50306-0496 |
| Ram Steelco Inc<br>POB 5288<br>Salem, OR 97304-0288 | Raymond Nuclo<br>7650 Westview Ln<br>Monmouth, OR 97361-9806 | Republic Svc/Allied Waste Svc of Corvallis<br>110 NE Walnut Blvd<br>Corvallis OR 97330-4284 |
| Rexius Forest By-Products Inc<br>POB 22838<br>Eugene, OR 97402-0422 | Rexius Forest By-Products Inc<br>c/o Robert S Russell Esq<br>POB 1147<br>Eugene, OR 97440-1147 | Richard Kelso Trust<br>28917 Robison Rd<br>Monmouth, OR 97361-9618 |
| Rio Networks<br>520 SE Spruce St<br>Roseburg, OR 97470-3134 | Riverwood Orchards & Farm LLC<br>14060 Elkins Rd<br>Monmouth, OR 97361-9510 | Robert K Boyer Trust<br>c/o Mary Lou Hughes Trustee<br>11655 SE Boyer Rd<br>McMinnville, OR 97128-8768 |
| Robert Tish<br>POB 6<br>Rickeall, OR 97371-0006 | Robinson, Steven L<br>8756 Springhill Dr SW<br>Albany, OR 97321-9325 | Ross, Willard T<br>485 Prospect<br>Falls City, OR 97344-9749 |
| Rue Lucien Perriaux<br>Z Beaune Vignolles<br>21200 Beaune<br>FRANCE | Rumley, Junior<br>15330 Airlie Rd<br>Monmouth, OR 97361-9517 | SAIF Corporation<br>400 High Street SE<br>Salem OR 97312-1000 |

| | | |
|---|---|---|
| SWS Manufacturing Co<br>POB 1866<br>Albany, OR 97321-0504 | Saxco Pacific Coast Container<br>11010 NE 37th Cir Ste 110<br>Vancouver, WA 98682-7356 | Schinaman, Craig D<br>1435 NW 15th Ave<br>Corvallis, OR 97330-2606 |
| Scholz & Associates Inc<br>POB 90876<br>Portland, OR 97290-0876 | Schott & Associates Inc<br>POB 589<br>Aurora, OR 97002-0589 | Servin, Joel M<br>3874 Sunnyview Rd NE<br>Salem, OR 97305-1054 |
| Shannon Tree Farms Inc<br>11615 Bear Pl SE<br>Aumsville, OR 97325-9632 | ShipCompliant<br>1877 Broadway #703<br>Boulder, CO 80302-5245 | Shred-it<br>19670 SW 118th Ave<br>Tualatin, OR 97062-8150 |
| Silva, Taniesha D<br>4849 San Francisco Dr #31<br>Salem, OR 97305-2691 | Silver Dome Farms<br>7091 Springhill Dr<br>Albany, OR 97321-9141 | Similand<br>1810 20th St NE<br>Salem, OR 97301-8130 |
| Simplot Grower Solutions<br>POB 97<br>Independence, OR 97351-0097 | Smith Hill Properties Inc<br>3451 NE Xenolith St<br>Terrebonne, OR 97760-9714 | Smith, Carson T<br>1385 Picture St<br>Independence, OR 97351-9654 |
| SnoTemp<br>POB 2066<br>Eugene, OR 97402-0024 | Sosa, Getulio Rangel<br>151 Edwards Rd #78<br>Monmouth, OR 97361-1797 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 |
| StaVin Incorporated<br>POB 1693<br>Sausalito, CA 94966-1693 | State of Oregon<br>Department of Agriculture<br>POB 4395 Unit 16<br>Portland, OR 97208-4395 | State of South Carolina<br>ABL Section<br>Columbia, SC 29214-0001 |
| Statesman Journal<br>POB 13009<br>Salem, OR 97309-3009 | Stein Distributing Inc<br>5408 NE 88th St<br>Bldg B Ste 101<br>Vancouver, WA 98665-0989 | Stineff, Ed<br>POB 130<br>Independence, OR 97351-0130 |
| Stineff, Edward & Patricia, Trustees<br>Edward H Stineff Jr Rev Living Trust<br>POB 130<br>Independence, OR 97351-0130 | Stuntzner Engineering & Forestry LLC<br>POB 118<br>Coos Bay, OR 97420-0010 | Summit Plant Laboratories, Inc.<br>3003 W Vine Dr<br>Fort Collins, CO 80521-1449 |
| Sunridge Nurseries Inc<br>441 Vineland Rd<br>Bakersfield, CA 93307-9556 | Swan Farms<br>12555 Buena Vista<br>Independence, OR 97351-9719 | Swanson, Jeffrey L<br>9860 SW 156th Pl<br>Beaverton, OR 97007-8536 |

| | | |
|---|---|---|
| Terminal Freezers Inc<br>POB 84343<br>Seattle, WA 98124-5643 | The Bite of Salem<br>POB 2122<br>Salem, OR 97308-2122 | The Greater Newport Chamber<br>of Commerce<br>555 SW Coast Hwy<br>Newport, OR 97365-4976 |
| The Mitchell Family Trust<br>716 30th St<br>Manhattan Beach, CA 90266-2307 | Timothy L Blair PC<br>806 SW Broadway<br>Portland, OR 97205-3333 | Toby Consulting<br>187 High St NE<br>Salem, OR 97301-3689 |
| Tonnellerie Cadus<br>c/o Bouchard Cooperages<br>743 Wilson St<br>Napa CA 94559-2801 | Tonnellerie Mercier<br>BP 52-8 Route De La Cigogne<br>16300 Barbezieux<br>FRANCE | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 |
| TransAg Inc<br>33621 Hoefer Dr NE<br>Albany, OR 97321-9530 | Travelers Insurance<br>One Tower Square<br>Hartford, CT 06183-0002 | Trinity Wines and Spirits<br>4101 Bonita Place Ste A<br>Fullerton, CA 92835-1007 |
| Turf Tech<br>POB 287<br>Tangent, OR 97389-0287 | Turner, Rollyn and Verona<br>6501 NW Springhill Dr<br>Albany, OR 97321-9328 | UPS<br>POB 894820<br>Los Angeles, CA 90189-4820 |
| UPS Supply Chain Solutions<br>28013 Network Pl<br>Chicago, IL 60673-1280 | US Trustee, Eugene<br>405 E 8th Ave #1100<br>Eugene, OR 97401-2728 | Underwood Farms<br>8756 Springhill Dr<br>Albany, OR 97321-9325 |
| Underwood, Dennis L<br>8400 Buena Vista Rd<br>Independence, OR 97351-9790 | Underwood, Faye<br>8756 Springhill Rd NW<br>Albany, OR 97321-9325 | Underwood, H Dean<br>6320 Springhill Dr NW<br>Albany, OR 97321-9328 |
| Union Pacific Railroad Co<br>Attn Asistant VP - Real Estate<br>1800 Farnam St<br>Omaha, NE 68102-1916 | Valdez, Rigoberto<br>4806 Buffalo Dr<br>Salem, OR 97317-5940 | Valley Credit Service<br>626 Apple Blossom Ave N<br>Keizer, OR 97303-6013 |
| Weatherford Thompson Cowgill<br>Black & Schultz<br>POB 667<br>Albany, OR 97321-0219 | Wells Fargo Bank National Assocation<br>c/o Corporation Service Company<br>285 Liberty St NE<br>Salem, OR 97301-3865 | West Coast Bank<br>POB 8000<br>Wilsonville, OR 97070-8000 |
| West Coast Bank<br>c/o Erich M Paetsch<br>POB 470<br>Salem, OR 97308-0470 | West Coast Seed Mill<br>POB 5636<br>Salem, OR 97304-0636 | Western Admin & Logistics<br>91825 Prairie Rd<br>Junction City, OR 97448-9491 |

Western Seed Assoc
2302 E Oakland Ave
Bloomington, IL 61701-5866

Whitaker Engineering Inc
7625 Davidson Rd
Independence, OR 97351-9741

Wilbur-Ellis Co
Dept CH 19406
Palatine, IL 60055-0001

Wilco
560 LaSalle
POB 207
Harrisburg, OR 97446-0207

Willamette Ag Financial Svcs Co
POB 159
Albany, OR 97321-0048

Wilson Motors
POB 928
Corvallis, OR 97339-0928

WineCo LLC
POB 3467
Salem, OR 97302-0467

WineOak LLC
2180 Oak Knoll Ave
Napa, CA 94558-1102

Wisconsin Dept of Revenue
POB 8901
Madison, WI 53708-8901

Woods Plastering Inc
3504 Geary St SE
Albany, OR 97322-6103

Yellowbook
2560 Renaissance Blvd
King of Prussia, PA 19406-2673

Zoella C Kelso Trustee
28917 Robinson Rd
Monmouth, OR 97361-9618

eWinery Solutions
1700 Soscol Ave #3
Napa CA 94559-1347

Auv Olsen
2211 SW 1st Ave #1702
Portland, OR 97201-5068

Carl Stillman
980 Market St NE
Salem, OR 97301-1130

Charles C. Robinson Esq
1191 Second Ave 18th Flr
Seattle, WA 98101-2939

Cliff E. Spencer Esq
Lane Powell PC
501 SW 2nd Ave #2100
Portland, OR 97204

Clyde Hamstreet
One SW Columbia St #1010
Portland, OR 97258-2024

DAVID A FORAKER
1515 SW 5th Ave #600
Portland, OR 97201-5449

David Grein Esq
Parsons Farnell & Grein
1030 SW Morrison St
Portland, OR 97205-2626

Donna Clem
PO Box 708
Albany, OR 97321-0237

Hunter Emerick Esq
Saalfeld Griggs PC
POB 470
Salem, OR 97308-0470

Jeffrey O'Banion
NW Natural Gas
222 NW 2nd
Portland, OR 97209

Mary Ann Kilgore
Union Pacific Railroad Co.
1400 Douglas St, Stop 1580
Omaha, NE 68179-0002

Mel Brush
32113 Tangent Dr
Tangent, OR 97389-7900

Richard Robinson
IP Callisons and Sons
2400 Callison Rd NE
Lacey, WA 98516-3154

Robert Hugre
426 Lakefair Cir
Keizer, OR 97303-3592

Robin G. Olsen
8930 Suver Rd
Monmouth, OR 97361-9798

Roger Olsen
14115 DeArmond Rd
Monmouth, OR 97361-9746

SANFORD R LANDRESS
1515 SW 5th Ave #600
Portland, OR 97201-5449

| | | |
|---|---|---|
| Shawn Lanka<br>Union Pacific Railroad Co.<br>1400 Douglas St, Stop 1580<br>Omaha, NE 68179-0002 | Susan Anderson<br>IRS<br>211 E 7th Ave #301<br>Eugene, OR 97401-2700 | Tim Miller<br>BFS International LLC<br>3835 NE Hancock St #203<br>Portland, OR 97212-5319 |
| Tom Schofield<br>Special Asset Mgr<br>Rabo Agrifinance Inc<br>POB 668<br>Cedar Falls, IA 50613-0029 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chrysler Financial<br>POB 9001921<br>Louisville, KY 40290 | Employment Development Dept<br>POB 826880 MIC 92M<br>Sacramento, CA 94280-0001 | Georgia Dept of Revenue<br>1800 Century Blvd NE Ste 4235<br>Atlanta, GA 30345 |
| Sprint<br>POB 7949<br>Overland Park KS 66207-0949 | Toyota Financial Services<br>POB 60114<br>City of Industry, CA 91716 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bacchus Capital LP | (u)CNH Capital America LLC | (u)Ledeboer Seed, LLC |
| (u)Rabo Agrifinance | (u)Rexius Forest By-Products, Inc. | (u)United States of America/IRS |
| (u)West Coast Bank | (d)Fetherston Edmonds LLP<br>POB 2206<br>Salem, OR 97308-2206 | (d)Henry, Carolyn Sue<br>POB 9129<br>Salem, OR 97305-0129 |
| (u)St Paul | (u)Eric Yandell | (u)James Olsen |

End of Label Matrix
Mailable recipients   393
Bypassed recipients    12
Total                 405